IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

GUN OWNERS OF AMERICA, INC.,
GUN OWNERS FOUNDATION, and
RICHARD HUGHES,

Case No. 2:24-cv-14250-JEM

  Plaintiffs,

v.

SHERIFF KEITH PEARSON, in his official
capacity as Sheriff of St. Lucie County, the
ST. LUCIE COUNTY SHERIFF'S OFFICE,
THOMAS BAKKEDAHL, in his official capacity
as the State Attorney for the 19th Judicial Circuit of
Florida, and the STATE ATTORNEY'S OFFICE
for the 19th Judicial Circuit of Florida,

  Defendants.

## CORPORATE DISCLOSURE STATEMENT OF GUN OWNERS OF AMERICA, INC.

COMES NOW Gun Owners of America, Inc., and pursuant to Fed. R. Civ. P. 7.1, by and through undersigned counsel, states as follows:

Gun Owners of America, Inc. ("GOA") certifies that it is a non-profit, non-stock corporation. GOA has no parent corporation or subsidiaries, and no publicly held corporation holds any stock in GOA.

Respectfully submitted, this the 7th day of August, 2024.

**KATZ & PHILLIPS, P.A.**
Attorneys for the Plaintiffs
509 W. Colonial Drive
Orlando, Florida 32804
Tel./Fax: 321.332.6864
Email: jphillips@thefirearmfirm.com

JAMES D. PHILLIPS, JR., ESQUIRE
Florida Bar No.: 22846

1

Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS 38654
601-852-3440 (T)
stephen@sdslaw.us
Mississippi Bar No. 102784
*Pro Hac Vice Application Forthcoming*