IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

GUN OWNERS OF AMERICA, INC.,　　　　　　　　Case No. 2:24-cv-14250-JEM
GUN OWNERS FOUNDATION, and
RICHARD HUGHES,

      Plaintiffs,

v.

SHERIFF KEITH PEARSON, in his official
capacity as Sheriff of St. Lucie County, the
ST. LUCIE COUNTY SHERIFF'S OFFICE,
THOMAS BAKKEDAHL, in his official capacity
as the State Attorney for the 19th Judicial Circuit of
Florida, and the STATE ATTORNEY'S OFFICE
for the 19th Judicial Circuit of Florida,

      Defendants.

## NOTICE OF CONSTITUTIONAL QUESTION

COMES NOW Gun Owners of America, Inc., Gun Owners Foundation, and Richard Hughes ("Plaintiffs), and pursuant to Fed. R. Civ. P. 5.1 and 28 U.S.C. § 2403, file this Notice of Constitutional Question.

In Plaintiffs' Complaint for Declaratory and Injunctive Relief, Plaintiffs raise the following constitutional question: Whether Fla. Stat. § 790.053(1) violates the Second and Fourteenth Amendments to the United States Constitution?

Respectfully submitted, this the 12th day of August, 2024.



**KATZ & PHILLIPS, P.A.**
Attorneys for the Plaintiffs
509 W. Colonial Drive
Orlando, Florida 32804
Tel./Fax: 321.332.6864
Pleadings: pleadings@kplegalteam.com
Email: jphillips@thefirearmfirm.com

_____
JAMES D. PHILLIPS, JR., ESQUIRE
Florida Bar No.: 22846


Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS 38654
601-852-3440 (T)
stephen@sdslaw.us
Mississippi Bar No. 102784
*Pro Hac Vice Application Forthcoming*


## CERTIFICATE OF SERVICE

I certify that on August 12th, 2024, a copy of this Notice of Constitutional Question and Plaintiffs' Complaint for Declaratory and Injunctive Relief will be served upon the Florida Attorney General via e-service to oag.civil.eserve@myfloridalegal.com.

_____
JAMES D. PHILLIPS, JR., ESQUIRE
Florida Bar No.: 22846

2