AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    2:24-CV-14250-JEM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Sheriff Keith Pearson**
was recieved by me on **8/08/2024:**

☐   I personally served the summons on the individual at *(place)* on *(date)* ; or

☒   I left the summons at the individual's residence or usual place of abode with **Joseph Small**, a person of suitable age and discretion who resides at **4700 W Midway Rd, Fort Pierce, FL 34981**, on **08/12/2024 at 10:19 AM**, and mailed a copy to the individual's last known address; or

☐   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date:  08/12/2024

*Server's signature*

**Alex Ramirez de Arellano**
*Printed name and title*

**6445 NW Fontana**
**Port Saint Lucie, FL 34986**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Joseph Small who identified themselves as the general counsel, co-resident with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white male contact 55-65 years of age, 5'10"-6'0" tall and weighing 160-180 lbs.**




Tracking #: **0140215288**