AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.     **2:24-CV-14250-JEM**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Thomas Bakkedahl (State's Attorney)**
was recieved by me on **8/08/2024:**

☐   I personally served the summons on the individual at *(place)* on *(date)* ; or

☒   I left the summons at the individual's residence or usual place of abode with **Jennifer Cabrerra**, a person of suitable age and discretion who resides at **411 S 2nd St, Fort Pierce, FL 34950**, on **08/09/2024 at 12:41 PM**, and mailed a copy to the individual's last known address; or

☐   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date:   08/11/2024

*Server's signature*

**Alex Ramirez de Arellano**
*Printed name and title*

**6445 NW Fontana**
**Port Saint Lucie, FL 34986**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Jennifer Cabrerra who identified themselves as the employee authorized to accept service with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 45-55 years of age, 5'-5'4" tall and weighing 120-140 lbs.**




Tracking #: **0140043344**