IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

GUN OWNERS OF AMERICA, INC.,            Case No. 2:24-cv-14250-JEM
GUN OWNERS FOUNDATION, and
RICHARD HUGHES,

         Plaintiffs,

v.

SHERIFF KEITH PEARSON, in his official
capacity as Sheriff of St. Lucie County, the
ST. LUCIE COUNTY SHERIFF'S OFFICE,
THOMAS BAKKEDAHL, in his official capacity
as the State Attorney for the 19th Judicial Circuit of
Florida, and the STATE ATTORNEY'S OFFICE
for the 19th Judicial Circuit of Florida,

         Defendants.

---

## MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Stephen D. Stamboulieh of the law firm of Stamboulieh Law, PLLC, P.O. Box 428, Olive Branch, MS 38654, (601) 852-3440, for purposes of appearance as co-counsel on behalf of all Plaintiffs in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Stephen D. Stamboulieh to receive electronic filings in this case, and in support thereof states as follows:

1. Stephen D. Stamboulieh is not admitted to practice in the Southern District of Florida and is a member in good standing of the Mississippi Bar.

2. Movant, James D. Phillips, Jr., Esquire, of the law firm of Katz & Phillips, P.A., 509 W. Colonial Drive, Orlando, FL 32804, (321) 332-6864, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Stephen D. Stamboulieh has made payment of this Court's $200.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Stephen D. Stamboulieh, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Stephen D. Stamboulieh at email address: stephen@sdslaw.us.

WHEREFORE, James D. Phillips, Jr., moves this Court to enter an Order Stephen D. Stamboulieh, to appear before this Court on behalf of all Plaintiffs, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Stephen D. Stamboulieh.

Respectfully submitted this 23rd day of August 2024,

**KATZ & PHILLIPS, P.A.**
Attorneys for the Plaintiffs
509 W. Colonial Drive
Orlando, Florida 32804
Tel./Fax: 321.332.6864
Email: jphillips@thefirearmfirm.com



JAMES D. PHILLIPS, JR., ESQUIRE
Florida Bar No.: 22846