**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC., GUN OWNERS FOUNDATION, and RICHARD HUGHES, | Case No. 2:24-cv-14250-JEM |
| Plaintiffs, | |
| v. | |
| SHERIFF KEITH PEARSON, in his official capacity as Sheriff of St. Lucie County, the ST. LUCIE COUNTY SHERIFF'S OFFICE, THOMAS BAKKEDAHL, in his official capacity as the State Attorney for the 19th Judicial Circuit of Florida, and the STATE ATTORNEY'S OFFICE for the 19th Judicial Circuit of Florida, | |
| Defendants. | |

## CERTIFICATION OF STEPHEN D. STAMBOULIEH

Stephen D. Stamboulieh, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the Mississippi Bar; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS 38654
601-852-3440 (T)
stephen@sdslaw.us
Mississippi Bar No. 102784