UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case Number: 24-14250-CIV-MARTINEZ

GUN OWNERS OF AMERICA, INC.,
GUN OWNERS FOUNDATION, and
RICHARD HUGHES,

    Plaintiffs,

v.

SHERIFF KEITH PEARSON, in his official
capacity as Sheriff of St. Lucie County, the
ST. LUCIE COUNTY SHERIFF'S OFFICE,
THOMAS BAKKEDAHL, in his official capacity
as the State Attorney for the 19th Judicial Circuit of
Florida, and the STATE ATTORNEY'S OFFICE
for the 19th Judicial Circuit of Florida,

    Defendants.
_____/

## ORDER DIRECTING CLERK TO ENTER DEFAULT

    **THIS CAUSE** came before the Court *sua sponte*. Proof of service on Defendants Sheriff Keith Pearson, St. Lucie County Sheriff's Office, Thomas Bakkedahl, and the State Attorney's Office for the Nineteenth Judicial Circuit has been filed on the record indicating that Defendants were served with process and that the deadline to respond to the Complaint was **August 30, 2024** for the State Attorney's Office for the Nineteenth Judicial Circuit and Thomas Bakkedahl, and **September 3, 2024** for Sheriff Keith Pearson and St. Lucie County Sheriff's Office. (ECF Nos. 7–10). To date, Defendants have failed to answer or otherwise respond to the Complaint. Therefore, it is hereby

    **ORDERED AND ADJUDGED** as follows:

1. The Clerk of Court shall file an Entry of Default against Defendants Sheriff Keith Pearson, St. Lucie County Sheriff's Office, Thomas Bakkedahl, and the State Attorney's Office for the Nineteenth Judicial Circuit pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

2. Plaintiff shall immediately send a copy of this Order to Defendants and file with the Clerk certification of service.
3. The Clerk of Court shall **ADMINISTRATIVELY CLOSE** this case. This shall not affect the substantive rights of the parties.

**DONE AND ORDERED** at Chambers in Miami, Florida, this ___6___ day of September 2024.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record