UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

GUN OWNERS OF AMERICA, INC., et al.   CASE NUMBER
                                       2:24−cv−14250−JEM
            PLAINTIFF(S)

                v.

KEITH PEARSON, et al.,

                                       DEFAULT BY CLERK F.R.Civ.P.55(a)

            DEFENDANT(S).

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**Sheriff Keith Pearson**
**St. Lucie County Sheriff's Office**
**Thomas Bakkedahl**
**State Attorney's Office for the Nineteenth Judicial Circuit**

as of course, on the date September 9, 2024.

                                       **Angela E. Noble**
                                       CLERK OF COURT

                                       By  /s/ *Patricia Curtis*
                                       Deputy Clerk

cc:  Judge Jose E. Martinez
     Gun Owners of America, Inc.

DEFAULT BY CLERK F.R.Civ.P.55(a)

CV−37 (10/01)