IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

GUN OWNERS OF AMERICA, INC.,
GUN OWNERS FOUNDATION, and
RICHARD HUGHES,

    Plaintiffs,

v.

SHERIFF KEITH PEARSON, in his official capacity as Sheriff of St. Lucie County, the ST. LUCIE COUNTY SHERIFF'S OFFICE, THOMAS BAKKEDAHL, in his official capacity as the State Attorney for the 19th Judicial Circuit of Florida, and the STATE ATTORNEY'S OFFICE for the 19th Judicial Circuit of Florida,

    Defendants.
_____/

CASE NO.:   2:24-cv-14250-JEM
DIVISION:

## NOTICE OF APPEARANCE & DESIGNATION OF EMAIL ADDRESS

**PLEASE TAKE NOTICE** that Arthur I. Jacobs, Esq. of the law firm of JACOBS SCHOLZ & WYLER, LLC, General Counsel for the Florida Prosecuting Attorney's Association, Inc., is hereby entering an appearance on behalf of Defendants, THOMAS BAKKEDAHL, in his official capacity as the State Attorney for the 19th Judicial Circuit of Florida, and the STATE ATTORNEY'S OFFICE for the 19th Judicial Circuit of Florida, and in compliance with the Federal Rules of Judicial Administration, hereby designates the following e-mail addresses for e-mail service:

    Primary:        filings@jswflorida.com
    Secondary:     buddy@jswflorida.com
                        taran@jswflorida.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of September, 2024, a copy of the foregoing was electronically filed with the Florida E-File Portal for e-service on the parties herein.

**JACOBS, SCHOLZ & WYLER, LLC**

*/s/ Arthur I. Jacobs*
_____
Arthur I. Jacobs, Esq.

Fla. Bar No.: 108249
Richard J. Scholz, Esq.
Fla. Bar No.: 0021261
Douglas A. Wyler, Esq.
Fla. Bar No.: 119979
961687 Gateway Blvd., Suite 201-I
Fernandina Beach, FL 32034
(904) 261-3693
(904) 261-7879 Fax
Primary: filings@jswflorida.com