**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

GUN OWNERS OF AMERICA, INC.,                      **Case No. 2:24-cv-14250-JEM**
GUN OWNERS FOUNDATION, and
RICHARD HUGHES,

      Plaintiffs,

v.

SHERIFF KEITH PEARSON, in his official
capacity as Sheriff of St. Lucie County, the
ST. LUCIE COUNTY SHERIFF'S OFFICE,
THOMAS BAKKEDAHL, in his official capacity
as the State Attorney for the 19th Judicial Circuit of
Florida, and the STATE ATTORNEY'S OFFICE
for the 19th Judicial Circuit of Florida,

      Defendants.

_____

## CERTIFICATE OF SERVICE

COME NOW Gun Owners of America, Inc., Gun Owners Foundation, and Richard Hughes ("Plaintiffs"), and file this, their Certificate of Service, and would show unto the Court the following:

On September 9, 2024, this Court entered an Order directing the Clerk to "file an Entry of Default" against the Defendants in this matter. *See* ECF # 13. Additionally, the Court ordered Plaintiffs to "immediately send a copy of this Order to Defendants and file with the Clerk certification of service." *Id*. The Clerk then entered a "Clerk's Default." ECF # 14.

On September 9, 2024, counsel for Plaintiffs, Stephen D. Stamboulieh, emailed this Court's Order and the Clerk's Default to Arthur Ivan Jacobs, via the email buddy@jswflorida.com. Mr. Stamboulieh then called Mr. Jacobs' office, spoke with an assistant who said she received the email, and said that Mr. Jacobs would call Mr. Stamboulieh the next morning.

1

Then, Mr. Stamboulieh emailed Joseph Small, Office of General Counsel for Defendant Sheriff Keith Pearson at the St. Lucie County Sheriff's Office at smallj@stluciesheriff.com with a copy of both the Order and the Clerk's Default.   Mr. Small responded to Mr. Stamboulieh thereafter.

Respectfully submitted, this the 10th day of September, 2024.



Attorneys for the Plaintiffs
509 W. Colonial Drive
Orlando, Florida 32804
Tel./Fax: 321.332.6864
Pleadings: pleadings@kplegalteam.com
Email: jphillips@thefirearmfirm.com


_James Phillips_____
**JAMES D. PHILLIPS, JR., ESQUIRE**
Florida Bar No.: 22846


Stephen D. Stamboulieh*
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS 38654
601-852-3440 (T)
stephen@sdslaw.us
Mississippi Bar No. 102784
*Admitted Pro Hac Vice*

2

## CERTIFICATE OF SERVICE

   I certify that on September 10, 2024, I filed the foregoing document through the Court's CM/ECF system, which automatically served it upon all counsel of record, and additionally, I emailed it to the following counsel who do not have an appearance:

J.D. Small
Office of General Counsel
Keith Pearson, St. Lucie County Sheriff
4700 W. Midway Rd. | Fort Pierce, FL 34981
Main: (772) 462-7300 | Direct: (772) 462-3225
smallj@stluciesheriff.com


_James Phillips_____
**JAMES D. PHILLIPS, JR., ESQUIRE**
Florida Bar No.: 22846

3