UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case Number: 24-14250-CIV-MARTINEZ

GUN OWNERS OF AMERICA, INC.,
GUN OWNERS FOUNDATION, and
RICHARD HUGHES,

    Plaintiffs,

v.

SHERIFF KEITH PEARSON, in his official
capacity as Sheriff of St. Lucie County, the
ST. LUCIE COUNTY SHERIFF'S OFFICE,
THOMAS BAKKEDAHL, in his official capacity
as the State Attorney for the 19th Judicial Circuit of
Florida, and the STATE ATTORNEY'S OFFICE
for the 19th Judicial Circuit of Florida,

    Defendants.
_____/

## ORDER ON DEFAULT FINAL JUDGMENT PROCEDURE

**THIS CAUSE** came before this Court on the Clerk's Default entered against Defendants Sheriff Keith Pearson, St. Lucie County Sheriff's Office, Thomas Bakkedahl, and the State Attorney's Office for the Nineteenth Judicial Circuit, (ECF No. 14).  After careful consideration, it is

**ORDERED AND ADJUDGED** that:

1.    **On or before September 23, 2024**, Defendants shall (1) file an answer or other response to the Complaint, and (2) file a motion to set aside the Clerk's Default that shows good cause for Defendants' failure to timely respond to the Complaint. If Defendants fail to do so, default final judgment may be entered.  In other words, Defendants must object

to the Clerk's Default by the above deadline or Plaintiff may be able to obtain the relief requested in the Complaint.

2.   **On or before September 30, 2024**, Plaintiff shall file a motion for final default judgment that includes affidavits of the amounts due by Defendants, if necessary, and any other supporting documentation necessary to determine the measure of damages and/or conclude this action.  Plaintiff shall send a copy of the motion to Defendants' counsel, or to Defendants themselves, if Defendants do not have counsel.  In the certificate of service, Plaintiff shall indicate that notice was sent and the address to where it was sent.  Plaintiff's failure to file a motion for final default judgment within the specified time will result in a dismissal without prejudice.

3.   Plaintiff shall immediately send a copy of this Order to Defendants and file with the Clerk certification of service.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 9 day of September, 2024.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record