IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC., GUN OWNERS FOUNDATION, and RICHARD HUGHES, | Case No. 2:24-cv-14250-JEM |
| Plaintiffs, | |
| v. | |
| SHERIFF KEITH PEARSON, in his official capacity as Sheriff of St. Lucie County, the ST. LUCIE COUNTY SHERIFF'S OFFICE, THOMAS BAKKEDAHL, in his official capacity as the State Attorney for the 19th Judicial Circuit of Florida, and the STATE ATTORNEY'S OFFICE for the 19th Judicial Circuit of Florida, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

COME NOW Gun Owners of America, Inc., Gun Owners Foundation, and Richard Hughes ("Plaintiffs"), and file this, their Certificate of Service, and would show unto the Court the following:

On September 9, 2024, this Court entered an Order directing the Clerk to "file an Entry of Default" against the Defendants in this matter. *See* ECF # 13. Additionally, the Court ordered Plaintiffs to "immediately send a copy of this Order to Defendants and file with the Clerk certification of service." *Id*. The Clerk then entered a "Clerk's Default." ECF # 14. Plaintiffs sent a copy of the Court's Order and Clerk's Default to Defendants. *See* ECF # 17. On September 10, 2024, this Court issued its Order on Default Final Judgment Procedure (ECF # 18) and ordered Plaintiffs to "immediately send a copy of this Order to Defendants and file with the Clerk certification of service."

1

On September 10, 2024, counsel for Plaintiffs, Stephen D. Stamboulieh, emailed this Court's Order (ECF # 18) to Arthur Ivan Jacobs, counsel for Defendants Thomas Bakkedahl and the State Attorney's Office Nineteenth Judicial Circuit, via email to buddy@jswflorida.com, and to Joseph Small, General Counsel for Defendant Sheriff Keith Pearson and the St. Lucie County Sheriff's Office, at smallj@stluciesheriff.com.  A true and correct copy of the email is attached as Exhibit A.

Respectfully submitted, this the 10 day of September, 2024.



**KATZ & PHILLIPS, P.A.**
Attorneys for the Plaintiffs
509 W. Colonial Drive
Orlando, Florida 32804
Tel./Fax: 321.332.6864
Pleadings: pleadings@kplegalteam.com
Email: jphillips@thefirearmfirm.com


_*James Phillips*_____
**JAMES D. PHILLIPS, JR., ESQUIRE**
Florida Bar No.: 22846


Stephen D. Stamboulieh*
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS 38654
601-852-3440 (T)
stephen@sdslaw.us
Mississippi Bar No. 102784
*Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

      I certify that on September 10, 2024, I filed the foregoing document through the Court's CM/ECF system, which automatically served it upon all counsel of record, and additionally, I emailed it to the following counsel who do not have an appearance:

J.D. Small
Office of General Counsel
Keith Pearson, St. Lucie County Sheriff
4700 W. Midway Rd. | Fort Pierce, FL 34981
Main: (772) 462-7300 | Direct: (772) 462-3225
smallj@stluciesheriff.com

*James Phillips*_____
JAMES D. PHILLIPS, JR., ESQUIRE