**Stephen Stamboulieh**

| | |
|---|---|
| **From:** | Stephen Stamboulieh |
| **Sent:** | Tuesday, September 10, 2024 1:55 PM |
| **To:** | Buddy@jswflorida.com; Joseph Small |
| **Cc:** | James Phillips |
| **Subject:** | FW: Activity in Case 2:24-cv-14250-JEM Gun Owners of America, Inc. et al v. Pearson et al Order |
| **Attachments:** | 18 Order on Default Judgment Procedure.pdf |

All,

Please see attached Order entered by the Court today.

Thank you,

Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS  38654
Telephone (601) 852-3440

CONFIDENTIALITY. This email and any attachments are confidential, except where the email states it can be disclosed; it may also be privileged. If received in error, please do not disclose the contents to anyone, but notify the sender by return email and delete this email (and any attachments) from your system.

---

**From:** cmecfautosender@flsd.uscourts.gov <cmecfautosender@flsd.uscourts.gov>
**Sent:** Tuesday, September 10, 2024 1:48 PM
**To:** flsd_cmecf_notice@flsd.uscourts.gov
**Subject:** Activity in Case 2:24-cv-14250-JEM Gun Owners of America, Inc. et al v. Pearson et al Order

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**Southern District of Florida**

Exhibit A

1

**Notice of Electronic Filing**

The following transaction was entered on 9/10/2024 at 1:48 PM EDT and filed on 9/9/2024

**Case Name:** Gun Owners of America, Inc. et al v. Pearson et al
**Case Number:** 2:24-cv-14250-JEM
**Filer:**
**WARNING: CASE CLOSED on 09/06/2024**
**Document Number:** 18

**Docket Text:**
**ORDER ON DEFAULT FINAL JUDGMENT PROCEDURE re [14] Clerk's Entry/Non-Entry of Default,, Thomas Bakkedahl response/answer due 9/23/2024; Keith Pearson response/answer due 9/23/2024; St. Lucie County Sheriff Office response/answer due 9/23/2024; State Attorney's Office Nineteenth Judicial Circuit response/answer due 9/23/2024. Signed by Judge Jose E. Martinez on 9/9/2024.** *See attached document for full details.* **(pc)**


**2:24-cv-14250-JEM Notice has been electronically mailed to:**

Arthur Ivan Jacobs    buddy@jswflorida.com

James D Phillips , Jr    jphillips@thefirearmfirm.com

Stephen D. Stamboulieh    stephen@sdslaw.us

**2:24-cv-14250-JEM Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105629215 [Date=9/10/2024] [FileNumber=24757690-0] [0374018d7106880b4018d9da09cf47da6fa6859dfa285c6c914e9feb6dce6159c1 9db46bfc51ab2178f9d2e78ee4de8ce73a13b1f3631b148396fdf2807ce665]]