# EXHIBIT "A"



CAN I PURCHASE TICKETS IN ADVANCE?

CAN I BRING A GUN TO THE SHOW TO SELL OR TRADE?

WHAT IF I WANT TO SET UP AND SELL



> **MY GUNS OR OTHER ITEMS?**

> **WHAT DO I NEED TO BRING WITH ME AND WHAT IS THE PROCEDURE FOR BUYING A FIREARM?**

^ **I HAVE A CONCEALED WEAPON PERMIT. AM I ALLOWED TO BRING MY GUN LOADED TO THE SHOW?**

No. All guns must be unloaded and secured with a plastic tie at our security desk. Safety is our number one priority and can only be maintained if there are NO loaded guns in the show.

> **HOW DO I GET A CONCEALED WEAPON PERMIT?**

> **ARE CHILDREN ALLOWED?**