**2018MM002629 A - STATE OF FLORIDA vs. THOMPSON, LEROY AUGUSTUS JUNIOR**

## SUMMARY

| | | |
|---|---|---|
| **Judge:** NELSON, KATHRYN | **Court Type:** Misdemeanor | **Case Type:** MISDEMEANOR |
| **Case Number:** 2018MM002629 A | **Uniform Case Number:** 562018MM002629AXXXXX | **Status:** CLOSED |
| **Clerk File Date:** 10/23/2018 | **Status Date:** 2/26/2020 | **Waive Speedy Trial:** ☐ |
| **Total Fees Due:** 0.00 | **Custody Location:** | **Agency:** ST LUCIE COUNTY SHERIFF'S OFFICE |
| **Agency Report Number:** 1813259 | | |

## PARTIES

| TYPE | PARTY NAME | ATTORNEY |
|---|---|---|
| DEFENDANT | THOMPSON, LEROY AUGUSTUS JUNIOR | |
| PLAINTIFF | STATE OF FLORIDA | |

## CHARGES

| COUNT | DESCRIPTION | LEVEL | DEGREE | PLEA | DISPOSITION | DISPOSITION DATE |
|---|---|---|---|---|---|---|
| 1 | UNLAWFUL USE OF POLICE BADGE OR OTHER INDICIA OF AUTHORITY (843.085) | M | F | NOLO-CONTENDERE | ADJUDICATED GUILTY | 02/26/2020 |
| 2 | OPEN CARRYING OF WEAPON (790.053) | M | S | NOLO-CONTENDERE | ADJUDICATED GUILTY | 02/26/2020 |
| 3 | OPEN CARRYING OF WEAPON (790.053) | M | S | NOLO-CONTENDERE | ADJUDICATED GUILTY | 02/26/2020 |

## EVENTS

| DATE | EVENT | JUDGE | LOCATION | RESULT |
|---|---|---|---|---|
| 2/26/2020 9:00 AM | HEARING | NELSON, KATHRYN | Courtroom 2C - HC | CHANGE OF PLEA ENTERED / SENTENCE IMPOSED |
| 1/15/2020 9:30 AM | HEARING | NELSON, KATHRYN | Courtroom 2C - HC | CASE CONTINUED BY DEFENSE MOTION |
| 11/20/2019 9:00 AM | CHANGE OF PLEA HEARING | NELSON, KATHRYN | Courtroom 2C - HC | CASE CONTINUED BY DEFENSE MOTION |
| 10/23/2019 9:00 AM | CHANGE OF PLEA HEARING | NELSON, KATHRYN | Courtroom 2C - HC | CASE HEARD / NEW COURT DATE SET |
| 10/14/2019 8:30 AM | TRIAL DOCKET | NELSON, KATHRYN | Courtroom 2C - HC | CASE CONTINUED BY DEFENSE MOTION |
| 9/23/2019 9:00 AM | DOCKET CALL | NELSON, KATHRYN | Courtroom 2C - HC | CASE HEARD / NEW COURT DATE SET |
| 8/5/2019 9:00 AM | DOCKET CALL | NELSON, KATHRYN | Courtroom 2C - HC | CASE CONTINUED BY STIPULATED MOTION PRIOR TO COURT |
| 6/17/2019 9:00 AM | DOCKET CALL - PRI ATTY | NELSON, KATHRYN | Courtroom 2C - HC | CASE CONTINUED BY STIPULATED MOTION PRIOR TO COURT |
| 5/28/2019 8:30 AM | TRIAL DOCKET | NELSON, KATHRYN | Courtroom 2C - HC | CASE CONTINUED BY STIPULATED MOTION PRIOR TO COURT |
| 3/25/2019 9:00 AM | DOCKET CALL - PRI ATTY | NELSON, KATHRYN | Courtroom 2C - HC | CASE HEARD / NEW COURT DATE SET |
| 2/25/2019 9:00 AM | DOCKET CALL - PRI ATTY | NELSON, KATHRYN | Courtroom 2C - HC | CASE CONTINUED BY DEFENSE MOTION |
| 1/14/2019 9:00 AM | DOCKET CALL - PRI ATTY | NELSON, KATHRYN | Courtroom 2C - HC | CASE CONTINUED BY DEFENSE MOTION |
| 11/26/2018 9:30 AM | DOCKET CALL - PRI ATTY | NELSON, KATHRYN | Courtroom 2C - HC | CASE HEARD / NEW COURT DATE SET |
| 11/20/2018 9:00 AM | ARRAIGNMENT HEARING | NELSON, KATHRYN | Courtroom 2C - HC | CANCELLATION OF HEARING PRIOR TO COURT |

## CASE DOCKETS

| IMAGE | DIN | DATE | ENTRY |
|---|---|---|---|
| 1 | 97 | 9/25/2020 | NOTICE ( V ) |
| 1 | 96 | 9/10/2020 | MOTION FOR RETURN OF PROPERTY ( V ) |
| 2 | 0 | 7/8/2020 | JUDGMENT AND SENTENCE - Recorded (Other.4443.303 / 4726848) |
| | 94 | 7/8/2020 | Attorney PAIGE MEREDITH FARACH - Deactivated by Automated Process |
| 2 | 95 | 7/7/2020 | JUDGMENT AND SENTENCE |
| | 92 | 7/7/2020 | PROSECUTOR: FARACH, PAIGE MEREDITH ASSIGNED |
| Request | 91 | 5/19/2020 | PAYMENT $293.00 RECEIPT #2020000038207 |
| Request | 90 | 4/26/2020 | PAYMENT $30.00 RECEIPT #2020000033711 |
| 2 | 89 | 4/8/2020 | PLEA AGREEMENT |
| | 86 | 3/27/2020 | Attorney KATY ELIZABETH REID - Deactivated by Automated Process |
| | 86 | 3/27/2020 | Attorney EDWARD JOSEPH MOSHER - Deactivated by Automated Process |
| | 88 | 3/27/2020 | "RECIPIENTS: THOMPSON, LEROY AUGUSTUS JUNIOR - SUBJECT: SERVICE OF COURT DOCUMENT – 2018MM002629 A, STATE OF FLORIDA VS. THOMPSON, LEROY AUGUSTUS JUNIOR - ATTACHMENT COUNT: 1 - EMAIL DOCKET DESCRIPTIONS: PPA-3/27/2020" |

| IMAGE | D#N | DATE | ENTRY |
|---|---|---|---|
| 5 | 87 | 3/27/2020 | PARTIAL PAYMENT AGREEMENT |
| Request | 85 | 3/26/2020 | PAYMENT $50.00 RECEIPT #2020000027761 |
| 1 | 84 | 3/18/2020 | MOTION FOR RETURN OF PROPERTY |
| 1 | 83 | 3/18/2020 | MOTION - RETRIEVAL OF PROPERTY |
|  | 82 | 3/4/2020 | "RECIPIENTS: COFFELT, NIKI - SUBJECT: SERVICE OF COURT DOCUMENT - 2018MM002629 A, STATE OF FLORIDA VS. THOMPSON, LEROY AUGUSTUS JUNIOR - ATTACHMENT COUNT: 3 - EMAIL DOCKET DESCRIPTIONS: CDB-3/4/2020" |
| 1 | 81 | 3/4/2020 | CERTIFICATE OF CANCELLATION OF BOND |
| 1 | 79 | 3/4/2020 | CERTIFICATE OF CANCELLATION OF BOND |
|  | 78 | 3/4/2020 | SURETY BOND 3801003806 (790.053) RELEASED |
| 1 | 77 | 3/4/2020 | CERTIFICATE OF CANCELLATION OF BOND |
| 1 | 74 | 2/26/2020 | NOTICE OF FINES AND COST DUE ( V ) |
|  | 80 | 2/26/2020 | SURETY BOND 3801003851 (790.053) RELEASED |
|  | 76 | 2/26/2020 | SURETY BOND 3801003848 (843.085) RELEASED |
|  | 75 | 2/26/2020 | CASE CLOSED |
| 3 | 73 | 2/26/2020 | IN-COURT DOCKETING NOTES |
|  | 72 | 2/26/2020 | COURT MINUTES: HEARING: DEFENDANT APPEARED IN OPEN COURT, WITH APD EDWARD J. MOSHER. ASA PAIGE M. FARACH WAS PRESENT FOR THE STATE. DEFT ADVISED OF I.N.S. RIGHTS. THE DEFENDANT WAS SWORN. AND DEFENSE ENTERED A PLEA OF NOLO-CONTENDERE TO CT.1 UNLAWFUL USE OF POLICE BADGE OR OTHER INDICIA OF AUTHORITY (843.085). AND NOLO-CONTENDERE TO CT.2 OPEN CARRYING OF WEAPON (790.053). AND NOLO-CONTENDERE TO CT.3 OPEN CARRYING OF WEAPON (790.053). THE COURT FOUND FACTUAL BASIS AND ACCEPTED PLEA. , DISPOSITION: CT.1 ADJUDICATED GUILTY : TIME SERVED - RELEASE. PAY WITHIN 30 DAYS, DUE DATE 3/27/2020, OR SET UP PAYMENT PLAN.CT.2 ADJUDICATED GUILTY : TIME SERVED - RELEASE. PAY WITHIN 30 DAYS, DUE DATE 3/27/2020, OR SET UP PAYMENT PLAN.CT.3 ADJUDICATED GUILTY : TIME SERVED - RELEASE. PAY WITHIN 30 DAYS, DUE DATE 3/27/2020, OR SET UP PAYMENT PLAN.. PAY: MM COST $223.00; COI $25.00; COP MM $100.00; BALANCE DUE = $348.00 . |
| 6 | 71 | 1/21/2020 | NOTICE OF COURT DATE |
|  | 70 | 1/21/2020 | HEARING SET FOR 02/26/2020 AT 9:00 AM IN 2C/ , COUNTY JUDGE: NELSON, KATHRYN |
| 2 | 69 | 1/15/2020 | IN-COURT DOCKETING NOTES |
|  | 68 | 1/15/2020 | COURT MINUTES: HEARING: DEFENDANT APPEARED IN OPEN COURT, WITH PRIVATE ATTORNEY EDWARD J. MOSHER, ASA PAIGE M. FARACH WAS PRESENT FOR THE STATE. DEFENSE MADE A MOTION TO CONTINUE. MOTION WAS GRANTED.. CASE SET FOR A CHANGE OF PLEA. CONTINUED FOR: HEARING: NEXT COURT DATE: 2/26/2020 09:00 AM WITH JUDGE NELSON K. |
| 4 | 67 | 11/25/2019 | NOTICE OF COURT DATE |
|  | 66 | 11/25/2019 | HEARING SET FOR 01/15/2020 AT 9:30 AM IN 2C/ , COUNTY JUDGE: NELSON, KATHRYN |
| 2 | 65 | 11/20/2019 | IN-COURT DOCKETING NOTES |
|  | 64 | 11/20/2019 | COURT MINUTES: CHANGE OF PLEA HEARING: DEFENDANT APPEARED IN OPEN COURT, WITH PRIVATE ATTORNEY MICHAEL R. OHLE STANDING IN FOR EDWARD J. MOSHER, ASA ROBERT E. STONE JR WAS PRESENT FOR THE STATE. DEFENSE MADE A MOTION TO CONTINUE,MOTION WAS GRANTED.. CONTINUED FOR: HEARING: NEXT COURT DATE: 1/15/2020 09:30 AM WITH JUDGE NELSON K. |
| 4 | 63 | 10/28/2019 | NOTICE OF COURT DATE |
|  | 62 | 10/28/2019 | CHANGE OF PLEA HEARING SET FOR 11/20/2019 AT 9:00 AM IN 2C/ , COUNTY JUDGE: NELSON, KATHRYN |
| 2 | 61 | 10/23/2019 | IN-COURT DOCKETING NOTES |
|  | 60 | 10/23/2019 | COURT MINUTES: CHANGE OF PLEA HEARING: DEFENDANT APPEARED IN OPEN COURT, WITH PRIVATE ATTORNEY EDWARD J. MOSHER, ASA KATY E. REID WAS PRESENT FOR THE STATE. DEFENSE MADE A MOTION TO CONTINUE.MOTION WAS GRANTED.CASE SET FOR A CHANGE OF PLEA. CONTINUED FOR: HEARING: NEXT COURT DATE: 11/20/2019 09:00 AM WITH JUDGE NELSON K. |
| 6 | 59 | 10/17/2019 | NOTICE OF COURT DATE |
|  | 58 | 10/17/2019 | CHANGE OF PLEA HEARING SET FOR 10/23/2019 AT 9:00 AM IN 2C/ , COUNTY JUDGE: NELSON, KATHRYN |
| 2 | 57 | 10/14/2019 | IN-COURT DOCKETING NOTES |
|  | 56 | 10/14/2019 | COURT MINUTES: TRIAL DOCKET: DEFENDANT APPEARED IN OPEN COURT, WITH PRIVATE ATTORNEY EDWARD J. MOSHER, ASA ROBERT E. STONE JR WAS PRESENT FOR THE STATE. DEFENSE MADE A MOTION TO CONTINUE.MOTION WAS GRANTED.. CASE SET FOR A STATUS/CHANGE OF PLEA. CONTINUED FOR: HEARING: NEXT COURT DATE: 10/23/2019 09:00 AM WITH JUDGE NELSON K. |
| 8 | 55 | 9/26/2019 | NOTICE OF COURT DATE |
|  | 54 | 9/26/2019 | TRIAL DOCKET SET FOR 10/14/2019 AT 8:30 AM IN 2C/ , COUNTY JUDGE: NELSON, KATHRYN |
| 2 | 53 | 9/23/2019 | IN-COURT DOCKETING NOTES |
|  | 52 | 9/23/2019 | COURT MINUTES: DOCKET CALL: DEFENDANT WAS NOT PRESENT, (PRESENCE WAIVED). PRIVATE ATTORNEY EDWARD J. MOSHER APPEARED FOR THE DEFENDANT, AND ASA ROBERT E. STONE JR WERE PRESENT. CONTINUED FOR: TRIAL DOCKET: NEXT COURT DATE: 10/14/2019 08:30 AM WITH JUDGE NELSON K. |
| 8 | 51 | 8/1/2019 | NOTICE OF COURT DATE |
|  | 50 | 8/1/2019 | DOCKET CALL SET FOR 09/23/2019 AT 9:00 AM IN 2C/ , COUNTY JUDGE: NELSON, KATHRYN |
| 1 | 49 | 7/31/2019 | ORDER TO CONTINUE ( V ) |
| 1 | 48 | 7/16/2019 | MOTION TO CONTINUE FILED ( V ) |
| 2 | 47 | 7/10/2019 | RESPONSE TO DEMAND FOR DISCOVERY (SUPPLEMENTAL) ( V ) |
| 2 | 46 | 6/17/2019 | RESPONSE TO DEMAND FOR DISCOVERY (SUPPLEMENTAL) ( V ) |
| 8 | 44 | 6/13/2019 | NOTICE OF COURT DATE |
|  | 43 | 6/13/2019 | DOCKET CALL SET FOR 08/05/2019 AT 9:00 AM IN 2C/ , COUNTY JUDGE: NELSON, KATHRYN |
| 1 | 45 | 6/12/2019 | MOTION TO CONTINUE FILED ( V ) |
| 1 | 42 | 6/12/2019 | ORDER TO CONTINUE ( V ) |
| 2 | 41 | 6/5/2019 | RESPONSE TO DEMAND FOR DISCOVERY (SUPPLEMENTAL) ( V ) |
| 8 | 39 | 5/23/2019 | NOTICE OF COURT DATE |
|  | 38 | 5/23/2019 | DOCKET CALL - PRI ATTY SET FOR 06/17/2019 AT 9:00 AM IN 2C/ , COUNTY JUDGE: NELSON, KATHRYN |
| 1 | 40 | 5/22/2019 | MOTION TO CONTINUE FILED ( V ) |
| 1 | 37 | 5/22/2019 | ORDER TO CONTINUE ( V ) |
| 2 | 36 | 4/2/2019 | RESPONSE TO DEMAND FOR DISCOVERY (SUPPLEMENTAL) ( V ) |
| 2 | 35 | 4/1/2019 | RESPONSE TO DEMAND FOR DISCOVERY (SUPPLEMENTAL) ( V ) |
| 6 | 34 | 3/28/2019 | NOTICE OF COURT DATE |

| IMAGE | DKT | DATE | ENTRY |
|---|---|---|---|
| | 33 | 3/28/2019 | TRIAL DOCKET SET FOR 05/28/2019 AT 8:30 AM IN 2C/ , COUNTY JUDGE: NELSON, KATHRYN |
| 2 | 32 | 3/25/2019 | IN-COURT DOCKETING NOTES |
| | 31 | 3/25/2019 | COURT MINUTES: DOCKET CALL - PRI ATTY: DEFENDANT APPEARED IN OPEN COURT, WITH PRIVATE ATTORNEY EDWARD J. MOSHER, ASA JONATHAN S. HENDRICKS WAS PRESENT FOR THE STATE. CONTINUED FOR: TRIAL DOCKET: NEXT COURT DATE: 5/28/2019 08:30 AM WITH JUDGE NELSON K. |
| 6 | 30 | 2/28/2019 | NOTICE OF COURT DATE |
| | 29 | 2/28/2019 | DOCKET CALL - PRI ATTY SET FOR 03/25/2019 AT 9:00 AM IN 2C/ , COUNTY JUDGE: NELSON, KATHRYN |
| 2 | 28 | 2/25/2019 | IN-COURT DOCKETING NOTES |
| | 27 | 2/25/2019 | COURT MINUTES: DOCKET CALL - PRI ATTY: DEFENDANT APPEARED IN OPEN COURT, WITH PRIVATE ATTORNEY EDWARD J. MOSHER, ASA JONATHAN S. HENDRICKS WAS PRESENT FOR THE STATE. DEFENSE MADE A MOTION TO CONTINUE.MOTION GRANTED. CONTINUED FOR: DOCKET CALL - PRI ATTY: NEXT COURT DATE: 3/25/2019 09:00 AM WITH JUDGE NELSON K. |
| 8 | 26 | 1/17/2019 | NOTICE OF COURT DATE |
| | 25 | 1/17/2019 | DOCKET CALL - PRI ATTY SET FOR 02/25/2019 AT 9:00 AM IN 2C/ , COUNTY JUDGE: NELSON, KATHRYN |
| 2 | 24 | 1/14/2019 | IN-COURT DOCKETING NOTES |
| | 23 | 1/14/2019 | COURT MINUTES: DOCKET CALL - PRI ATTY: DEFENDANT WAS NOT PRESENT, (PRESENCE WAIVED). ERIKA A. POWERS STANDING IN FOR EDWARD J. MOSHER AND HAS APPEARED FOR THE DEFENDANT, AND ASA KATY E. LEBLANC WERE PRESENT. DEFENSE MADE A MOTION TO CONTINUE, MOTION WAS GRANTED.. CONTINUED FOR: DOCKET CALL - PRI ATTY: NEXT COURT DATE: 2/25/2019 09:00 AM WITH JUDGE NELSON K. |
| 8 | 22 | 11/29/2018 | NOTICE OF COURT DATE |
| | 21 | 11/29/2018 | DOCKET CALL - PRI ATTY SET FOR 01/14/2019 AT 9:00 AM IN 2C/ , COUNTY JUDGE: NELSON, KATHRYN |
| 4 | 20 | 11/29/2018 | DEMAND FOR NOTICE OF ALIBI ( V ) |
| 2 | 19 | 11/26/2018 | IN-COURT DOCKETING NOTES |
| | 18 | 11/26/2018 | COURT MINUTES: DOCKET CALL - PRI ATTY: DEFENDANT WAS NOT PRESENT, (PRESENCE WAIVED). PRIVATE ATTORNEY EDWARD J. MOSHER APPEARED FOR THE DEFENDANT, AND ASA KATY E. LEBLANC WERE PRESENT. DEFENSE MADE A MOTION TO CONTINUE,MOTION WAS GRANTED. CONTINUED FOR: DOCKET CALL - PRI ATTY: NEXT COURT DATE: 1/14/2019 09:00 AM WITH JUDGE NELSON K. |
| | 17 | 11/20/2018 | "RECIPIENTS: MOSHER, EDWARD JOSEPH - SUBJECT: SERVICE OF COURT DOCUMENT - 2018MM002629 A, STATE OF FLORIDA VS. THOMPSON, LEROY AUGUSTUS JUNIOR - ATTACHMENT COUNT: 1 - EMAIL DOCKET DESCRIPTIONS: IF-11/20/2018" |
| | 16 | 11/20/2018 | PROSECUTOR: LEBLANC, KATY ELIZABETH ASSIGNED |
| 1 | 15 | 11/20/2018 | INFORMATION ( V ) |
| 8 | 14 | 10/24/2018 | NOTICE OF COURT DATE |
| | 13 | 10/24/2018 | DOCKET CALL - PRI ATTY SET FOR 11/26/2018 AT 9:30 AM IN 2C/ , COUNTY JUDGE: NELSON, KATHRYN |
| | 12 | 10/24/2018 | DEFENSE ATTORNEY: MOSHER, EDWARD JOSEPH ASSIGNED |
| 2 | 11 | 10/24/2018 | NOTICE OF DISCOVERY ( V ) |
| 1 | 10 | 10/24/2018 | NOTICE OF APPEARANCE WAIVER OF ARRAIGNMENT AND WRITTEN PLEA OF NOT GUILTY ( V ) |
| | 9 | 10/24/2018 | ARRAIGNMENT HEARING SET FOR 11/20/2018 AT 9:00 AM IN 2C/ , COUNTY JUDGE: NELSON, KATHRYN |
| 9 | 5 | 10/23/2018 | BOND RECEIVED ( V ) |
| 4 | 3 | 10/23/2018 | ARREST REPORT - INITIATING CASE ( V ) |
| 1 | 4 | 10/23/2018 | NOTICE ON DEMAND ( V ) |
| | 8 | 10/23/2018 | SURETY BOND 3801003851 POSTED $375.00 |
| | 7 | 10/23/2018 | SURETY BOND 3801003806 POSTED $375.00 |
| | 6 | 10/23/2018 | SURETY BOND 3801003848 POSTED $750.00 |
| | 2 | 10/23/2018 | COUNTY JUDGE NELSON, KATHRYN: ASSIGNED |
| | 1 | 10/23/2018 | CASE FILED 10/23/2018 CASE NUMBER 2018MM002629 A |