# PERMITLESS CONCEALED CARRY
## JULY 1, 2023

You Do Not Need A Permit To Carry A Firearm.

Your Firearm Must Be Concealed At All Times

You Must Have A Valid ID With You At All Times While Carrying A Firearm And Be At Least 21 Years Old

You Must Be A United States Citizen Or Permanent Resident of The United States

You Cannot Carry A Firearm If You Are A Convicted Felon Or Otherwise Prohibited By 790.06

No Changes Regarding Prohibited Places To Carry A Firearm

# PERMITLESS CARRY

Starting July 1, a new Florida law enables eligible citizens to carry concealed firearms without a permit. Gun owners can now carry concealed firearms without the minimal training required for a concealed weapons permit.



This law does NOT change existing regulations regarding gun ownership, purchase eligibility, and permissible carry locations.

**NOT Open Carry:** Open carry of firearms is generally prohibited in Florida, except for certain limited activities like hunting, fishing, or camping.

**Carry Requirements:** You must meet specific criteria to legally carry a firearm, like being a U.S. citizen or permanent resident, at least 21 years old, having no felony convictions, and having no other disqualifying conditions.

**Valid ID:** You must have valid identification while carrying a concealed firearm and you must provide it to law enforcement upon request.

**Prohibited Locations:** There are specific locations in Florida where it is prohibited to carry a firearm, like schools, government buildings, bars, airports, hospitals, and certain private properties.











# PERMITLESS CARRY
## MYTHS VS FACTS

✗ **MYTH** It authorizes open carry.

✓ **FACT** The law is not open carry; open carry is still illegal in Florida under most circumstances.

✗ **MYTH** Anyone can purchase a firearm without a background check.

✓ **FACT** The new law does not change who can purchase a firearm, the waiting period to purchase a firearm, or where you can carry a firearm.

✗ **MYTH** It doesn't restrict who can legally carry a firearm.

✓ **FACT** The criteria to carry a concealed firearm is the same to be eligible for a permit, including being a U.S. citizen who is at least 21 years of age with no felony convictions or other disqualifying conditions. When carrying a concealed firearm, you must also possess valid identification and you are required to provide it to law enforcement upon request.

✗ **MYTH** You can carry a firearm anywhere.

✓ **FACT** The new law does not change where you can carry a firearm. You may not carry a firearm anywhere that a private business or property owner has prohibited them or anywhere outlined in 790.06 of the Florida Statues, including but not limited to schools, colleges, universities, bars, courthouses, and at government meetings.