

EXPLORE   STAY   DINE   EVENTS   PLAN   MEETINGS   MENU



# Pet-Friendly Things to Do

**Enjoy fun filled days without having to leave your dog behind. The Palm Beaches have a great selection of pet-friendly things to do.**



EXPLORE   STAY   DINE   EVENTS   PLAN   MEETINGS   MENU



# Dog Parks

Dog Parks are rapidly appearing across the nation and The Palm Beaches are home to many beautiful grounds through **Palm Beach County Parks & Recreation**.

Everyone wants their pooch to run loose, but there are certain restrictions dog owners must follow for their fur babies to get along. We encourage you to use the correct dog park etiquette: picking up after your dog, keeping your dog on a leash until you are in the permitted off-leash areas, and paying attention to your dog to ensure they aren't playing too rough with the others.

## Lake Woof Dog Park, Lake Worth Beach

*Location: John Prince Park, 2520 Lake Worth Road, Lake Worth, FL 33461.*

*Hours: Sunrise – Sunset. Closed on Thursdays 12:00 noon- 3:00 pm for maintenance.*

Be sure to check out the Lake Woof Dog Park located in **John Prince Park** in **Lake Worth**. This four-acre grassland is equipped with five fenced-in enclosures with three separate sections for small, medium, and large dogs, five covered gazebos, multiple dog wash stations, and several water fountains. The dog park even features five recognition brick sites to commemorate a special pet in your life.
Amenities:



**THE PALM BEACHES**
FLORIDA

EXPLORE    STAY    DINE    EVENTS    PLAN    MEETINGS    MENU ≡

- Dogipot Pet Stations with plastic bags and waste receptacles
- Drinking fountains with pet fountains attached
- Pet washing station (large enough to accommodate 2 dogs)
- Trash receptacles
- Restrooms
- Nearby parking

# Canine Cove Park, Boca Raton

*Location: Burt Aaronson South County Regional Park. 12551 Glades Road, Boca Raton, FL 33498.*

*Hours: Sunrise – Sunset. Closed on Wednesdays 12:00 noon – 3:00 pm for maintenance.*

Located inside Burt Aaronson South County Regional Park just west of Boca Raton, Canine Cove features:

- 2 large dog sections (one open at a time on rotation basis for rest and maintenance)
- 1 medium dog section
- 1 small dog section
- 4 gazebos
- Drinking fountains with pet fountains attached
- Shaded benches
- Dogipot Pet Stations with plastic bags and waste receptacles
- Pet washing station (large enough to accommodate 2 dogs)
- Nearby parking

# Dog Park at Lake Ida, Delray Beach

*Location: Lake Ida West Park, 1455 Lake Ida Road, Delray Beach, FL 33444.*

*Hours: Sunrise – Sunset. Closed on Thursdays 12:00 noon- 3:00 pm for maintenance.*

This popular dog park in Delray Beach features:

- 2 large dog sections (one open at a time on a rotation basis for rest and maintenance)
- 1 small dog section
- Double gated entry



EXPLORE    STAY    DINE    EVENTS    PLAN    MEETINGS    MENU ≡

- Parking
- Benches
- Nearby parking

## Pooch Pines, West Palm Beach

*Location: Okeeheelee Park, 7715 Forest Hill Boulevard, West Palm Beach, FL 33413.*

*Hours: Sunrise – Sunset. Closed on Wednesdays 12:00 noon – 3:00 pm for maintenance.*

Positioned west of West Palm Beach, Pooch Pines features:

- 2 large dog sections (one open at a time on a rotation basis for rest and maintenance)
- 1 small dog section
- Double gated entry
- Paved dog wash station
- Fido fountains
- Dog bag dispensers
- Covered trash cans
- Restrooms
- Shaded sitting areas
- Benches
- Nearby parking

## Cinquez Park, Jupiter

*Location: 2183 West Indiantown Road, Jupiter, FL 33458.*

*Hours: 7:30 am to Sunset. Closed on Wednesdays until 12 pm for maintenance.*

Cinquez Park is a 13-acre park located in Jupiter. It features:

- Separate fenced dog run areas for small dogs (=30 lbs.) and large dogs (>30 lbs.)
- Covered and shaded benches
- A dog washing station

## Shopping



EXPLORE    STAY    DINE    EVENTS    PLAN    MEETINGS    MENU ≡

*Address: Worth Avenue, Palm Beach, FL 33480.*

Take a stroll down **Worth Avenue** and when window shopping gets the best of you, stop for a drink at one of the four dog-watering fountains around town. This shopping mecca boasts some of the best brands in the world, including Jimmy Choo, Louis Vuitton, Lilly Pulitzer, and Neiman Marcus.



Worth Avenue | Only In The Palm Beaches

# The Royal Poinciana Plaza, Palm Beach

*Address: 340 Royal Poinciana Way, Palm Beach, FL 33480.*

You will also want to visit the **Royal Poinciana Plaza**, an architectural gem with a mix of boutiques surrounded by a lush courtyard with fountains. There, you can treat your four-legged friend to the royal treatment. Just look for the Royal Pups decal on the storefronts to know which stores are pet friendly.

10/7/24, 5:27 PM
Case 2:24-cv-14250-JEM   Document 32-3   Entered on FLSD Docket 10/07/2024   Page 6 of 9
Pet-Friendly Things to Do in The Palm Beaches, FL



EXPLORE    STAY    DINE    EVENTS    PLAN    MEETINGS    MENU



*Courtesy of The Royal Poinciana Plaza*

# Downtown at The Gardens, Palm Beach Gardens

*Address: 11701 Lake Victoria Gardens Ave., Palm Beach Gardens, FL 33410.*

**Downtown at The Gardens** is a pedestrian-only outdoor mall featuring boutiques, restaurants, special events, and a movie theater. All of it with a pet-friendly atmosphere!

# Atlantic Avenue, Delray Beach

*Address: Atlantic Avenue, Delray Beach, FL 33483.*

Atlantic Avenue (or "The Ave") is the center of the action in **Delray Beach**. This lovely avenue is filled with an eclectic blend of unique shops, fabulous boutiques, and restaurants—many with outdoor seating options. Stroll around with your furry friend and enjoy a charming ambiance with brick-paved sidewalks, live oaks, royal palm trees, decorative streetlamps, and the Atlantic Ocean.



THE PALM BEACHES
FLORIDA

EXPLORE    STAY    DINE    EVENTS    PLAN    MEETINGS    MENU 



# Dining

While you are out and about in The Palm Beaches, stop by one of the pet-friendly restaurants so you and your canine can refuel.

## Darbster, West Palm Beach

*Address. 8020 South Dixie Hwy, West Palm Beach, Florida 33405.*

Just north in West Palm Beach is the vegetarian restaurant **Darbster**. Named after the owner's late poodle, Darby, this eatery donates all profits to the Darbster Foundation called Darbster Rescue. Bring your pup to this pet-friendly place, sit on the shaded patio, and enjoy the vegan dishes knowing your bill goes to a great cause.

## Proper Grit, West Palm Beach

*Address: 251 N. Narcissus Avenue First Floor, West Palm Beach, FL 33401.*

If you are looking for a dog-friendly brunch, **Proper Grit** at **The Ben** hotel is the place for you! This adventure-inspired hotel is located in West Palm Beach overlooking the Intracoastal Waterway. Proper Grit, their on-site restaurant, has a patio perfect to enjoy brunch or lunch with your furry friend!



EXPLORE   STAY   DINE   EVENTS   PLAN   MEETINGS   MENU



*Courtesy of The Ben West Palm Beach*

# Boston's On The Beach, Delray Beach

Address: 40 South Ocean Boulevard (A1A) Delray Beach, FL 33483.

**Boston's on the Beach** in **Delray** has a covered Pooch Patio that is a hit for dogs and their owners!

# Cielito Artisan Pops, Boca Raton

Location: 430 Plaza Real, Boca Raton, FL 33432.

Located at Mizner Park, Boca Raton, **Cielito Artisan Pops** serves fresh, delicious popsicles in over 46 flavors. They have sorbet pops, ice cream pops, vegan ice cream pops, as well as doggy pops! The perfect frozen dog treat for your beloved pup made with fresh fruits and sweeten with honey.

10/7/24, 5:27 PM
Case 2:24-cv-14250-JEM   Document 32-3   Entered on FLSD Docket 10/07/2024   Page 9 of 9
Pet-Friendly Things to Do in The Palm Beaches, FL



EXPLORE    STAY    DINE    EVENTS    PLAN    MEETINGS    MENU



## Beaches

The Palm Beaches have also some beach spots dedicated to your four-legged friend. Check out our **dog-friendly beaches** in Jupiter and Boca Raton.

## Places To Stay

The Palm Beaches boast a plethora of **pet-friendly places to stay**, including resorts, hotels, campsites, and B&B. Many of them offer pet-friendly services such as dog sitting and walking, grooming, in-room dining, puppy gift bags, and more.

**Hero photo courtesy of **PBC Park**