UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case Number: 24-14250-CIV-MARTINEZ

GUN OWNERS OF AMERICA, INC.,
GUN OWNERS FOUNDATION, and
RICHARD HUGHES,

    Plaintiffs,

v.

SHERIFF KEITH PEARSON, in his
official capacity as Sheriff of St. Lucie
County, *et al.*,

    Defendants.
_____/

## ORDER GRANTING UNOPPOSED MOTION TO VACATE CLERK'S DEFAULT

**THIS CAUSE** came before this Court on Defendants Keith Richardson and St. Lucie County Sheriff's Office's Unopposed Motion to Vacate Clerk's Default (the "Motion"), (ECF No. 23). This Court has reviewed the Motion, pertinent portions of the record, and applicable law and is otherwise fully advised of the premises. Accordingly, after careful consideration and for good cause shown, it is

**ORDERED AND ADJUDGED** that:

1. The Motion, (ECF No. 23), is **GRANTED**.
2. The Clerk's Default, (ECF No. 14), is **VACATED** as to Defendants Keith Richardson and St. Lucie County Sheriff's Office.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 21 day of November, 2024.

                                                          JOSE E. MARTINEZ
                                                          UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record