UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case Number: 24-14250-CIV-MARTINEZ

GUN OWNERS OF AMERICA, INC.,
GUN OWNERS FOUNDATION, and
RICHARD HUGHES,

      Plaintiffs,

v.

SHERIFF KEITH PEARSON, in his
official capacity as Sheriff of St. Lucie
County, *et al.*,

      Defendants.
_____/

### ORDER GRANTING MOTION TO VACATE CLERK'S DEFAULT

**THIS CAUSE** came before this Court on Defendants Thomas Bakkedahl and State Attorney's Office's Motion to Vacate Clerk's Default (the "Motion"), (ECF No. 20). This Court has reviewed the Motion, pertinent portions of the record, and applicable law and is otherwise fully advised of the premises. Accordingly, after careful consideration and for good cause shown, it is

**ORDERED AND ADJUDGED** that:

1. The Motion, (ECF No. 20), is **GRANTED**.
2. The Clerk's Default, (ECF No. 14), is **VACATED** as to Defendants Thomas Bakkedahl and State Attorney's Office.
3. Plaintiffs' Motion for Default Judgment, (ECF No. 28), is **DENIED as MOOT**.
4. The Clerk is **DIRECTED** to **REOPEN** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 21 day of November, 2024.

                                                    JOSE E. MARTINEZ
                                                    UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record