UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 2:24-cv-14250-JEM

GUN OWNERS OF AMERICA, INC.,
GUN OWNERS FOUNDATION, and
RICHARD HUGHES,

    Plaintiffs,

v.

SHERIFF KEITH PEARSON, in his official capacity as Sheriff of St. Lucie County, the ST. LUCIE COUNTY SHERIFF'S OFFICE, THOMAS BAKKEDAHL, in his official capacity As the State Attorney for the 19th Judicial Circuit of Florida, and the STATE ATTORNEY'S OFFICE for the 19th Judicial Circuit of Florida,

    Defendants.
_____/

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's Interested Persons Order [ECF 36, ¶12]:

1.) the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations,

publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    Thomas Bakkedahl, State Attorney for the 19th Judicial Circuit; Defendant

    Sheriff Elect Richard R. Del Toro, Jr. (Expected to be sworn in as Sheriff of St. Lucie County, Florida on 1/7/2025); Will be substituted Defendant

    Richard A. Giuffreda, Esquire; Counsel for Defendants Sheriff Keith Pearson and St. Lucie County Sheriff's Office

    Gun Owners of America, Inc.; Plaintiff

    Gun Owners Foundation; Plaintiff

    Richard Hughes; Plaintiff

    Arthur Ivan Jacobs, Esquire; Counsel for Defendants Thomas Bakkedahl and State Attorneys Office for the 19th Judicial Circuit

    Jacobs Scholz & Wyler, LLC; Counsel for Defendants Thomas Bakkedahl and State Attorneys Office for the 19th Judicial Circuit

    Katz & Phillips, P.A.; Counsel for Plaintiffs

    Keith Pearson, Sheriff of St. Lucie County, Florida; Defendant

    Ashley Moody, Esquire; Attorney General for the state of Florida

    James D. Phillips, Jr., Esquire; Counsel for Plaintiffs

    Purdy, Jolly, Giuffreda, Barranco & Jisa, P.A.; Counsel for Defendants Sheriff Keith Pearson and St. Lucie County Sheriff's Office

    St. Lucie County Sheriff's Office; Defendant

     Stephen D. Stambouleih, Esquire; Counsel for Plaintiffs

     Stamboulich Law, PLLC; Counsel for Plaintiffs

     State Attorneys Office, 19th Judicial Circuit; Defendant

2.)    the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings: N/A.

3.)    the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or 20 largest unsecured creditors) in bankruptcy cases: N/A.

4.)    the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution: N/A.

     I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case, and will immediately notify the Court in writing upon learning of any such conflict.

November 26, 2024.

                                       **_s/Richard A. Giuffreda_**
                                       Richard A. Giuffreda, Esquire
                                       Florida Bar No. 705233
                                       PURDY, JOLLY, GIUFFREDA & BARRANCO, P.A.
                                       2455 East Sunrise Boulevard, Suite 1216
                                       Fort Lauderdale, Florida 33304
                                       Telephone: (954) 462-3200
                                       Attorney for *Defendants Sheriff and St. Lucie County Sheriff's Office*

**I HEREBY CERTIFY** that a copy of the foregoing has been electronically filed with the Clerk of the Court by using the Florida Courts E-Filing Portal, which will send a notice of electronic filing to: **STEPHEN D. STAMBOULIEH, ESQUIRE,** Co-Counsel for Plaintiffs, P.O. Box 428, Olive Branch, MS 38654 [stephen@sdslaw.us]; **JAMES D. PHILLIPS, JR., ESQUIRE**, Co-Counsel for Plaintiffs, 509 W. Colonial Drive, Orlando, FL 32804 [jphillips@thefirearmfirm.com]; and **ARTHUR IVAN JACOBS, ESQUIRE,** Counsel for Defendants Bakkedahl and SAO, 961687 Gateway Boulevard, Suite 201-I, Fernandina Beach, FL 32034 [buddy@jswflorida.com] this 26th day of November, 2024.

        _s/Richard A. Giuffreda_
RICHARD A. GIUFFREDA, ESQUIRE
Fla. Bar No. 705233
SUMMER M. BARRANCO, ESQUIRE
Fla. Bar No. 984663
PURDY, JOLLY, GIUFFREDA, BARRANCO & JISA, P.A.
2455 E. Sunrise Boulevard, Suite 1216
Fort Lauderdale, Florida 33304
Telephone: (954) 462-3200
e-mail: richard@purdylaw.com; jennifer@purdylaw.com
summer@purdylaw.com; isabella@purdylaw.com
Attorney for *Defendants Sheriff and St. Lucie County Sheriff's Office*
Trial Counsel