**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
Civil Action No. 2:24-cv-14250-JEM

GUN OWNERS OF AMERICA, INC.,
GUN OWNERS FOUNDATION, and
RICHARD HUGHES,

    Plaintiffs,

v.

SHERIFF KEITH PEARSON, in his official
capacity as Sheriff of St. Lucie County, the
ST. LUCIE COUNTY SHERIFF'S OFFICE,
THOMAS BAKKEDAHL, in his official capacity
as the State Attorney for the 19th Judicial Circuit of
Florida, and the STATE ATTORNEY'S OFFICE
for the 19th Judicial Circuit of Florida,

    Defendants.

_____/

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

The Plaintiffs disclose the following pursuant to this Court's Order Setting Civil Trial Date and Pretrial Schedule, Requiring Mediation, and Referring Certain Motions to Magistrate Judge [ECF 36, ¶12]:

1) A complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including all subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party:

    a. Plaintiff Gun Owners of America, Inc. ("GOA") is a non-profit, non-stock corporation. GOA has no parent corporation or subsidiaries, and no publicly held corporation holds any stock in GOA.

    b. Plaintiff Gun Owners Foundation ("GOF") is a non-profit, non-stock corporation. GOF has no parent corporation or subsidiaries, and no publicly held corporation holds any stock in GOF.

    c. Plaintiff Richard Hughes

1

d. James D. Phillips, Katz & Phillips, P.A., Counsel for Plaintiffs

e. Stephen D. Stamboulieh; Stamboulieh Law, PLLC, Counsel for Plaintiffs

f. Defendant Keith Pearson; Sheriff of St. Lucie County, Florida

g. Defendant St. Lucie County Sheriff's Office

h. Defendant Thomas Bakkedahl; State Attorney for the 19th Judicial Circuit

i. Defendant State Attorneys Office, 19th Judicial Circuit

j. Richard A. Giuffreda; Purdy, Jolly, Giuffreda, Barranco & Jisa, P.A, Counsel for Defendants Sheriff Keith Pearson and St. Lucie County Sheriff's Office

k. Andrew William Jolly; Purdy, Jolly, Giuffreda, Barranco & Jisa, P.A, Counsel for Defendants Sheriff Keith Pearson and St. Lucie County Sheriff's Office

l. Summer Marie Barranco; Purdy, Jolly, Giuffreda, Barranco & Jisa, P.A, Counsel for Defendants Sheriff Keith Pearson and St. Lucie County Sheriff's Office

m. Arthur Ivan Jacobs; Jacobs Scholz & Wyler, LLC, Counsel for Defendants Thomas Bakkedahl and State Attorneys Office for the 19th Judicial Circuit

n. Attorney General Ashley Moody; Attorney General for the State of Florida

2) The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings: N/A.

3) The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or 20 largest unsecured creditors) in bankruptcy cases: N/A.

4) The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution: N/A.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case, and will immediately notify the Court in writing upon learning of any such conflict.

Respectfully submitted this 2nd day of December 2024,


**KATZ & PHILLIPS, P.A.**
Attorneys for the Plaintiffs
509 W. Colonial Drive
Orlando, Florida 32804
Tel./Fax: 321.332.6864
Pleadings: pleadings@kplegalteam.com
Email: jphillips@thefirearmfirm.com

_____
JAMES D. PHILLIPS, JR., ESQUIRE
Florida Bar No.: 22846

Stephen D. Stamboulieh *
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS 38654
601-852-3440 (T)
stephen@sdslaw.us
Mississippi Bar No. 102784
*Admitted Pro Hac Vice*

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I certify that on December 2, 2024, a copy of the foregoing document or pleading has been electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to: Arthur Ivan Jacobs, Esquire, Counsel for Defendants Bakkedahl and SAO, 961687 Gateway Boulevard, Suite 201-I, Fernandina Beach, FL 32034; buddy@jswflorida.com; Summer M. Barranco, Esquire, and Richard A. Giuffreda, Esquire, Counsel for Defendants Sheriff Pearson and St. Lucie County Sheriff's Office, 2455 E. Sunrise Blvd, Suite 1216, Fort Lauderdale, FL 33304; summer@purdylaw.com and richard@purdylaw.com.

_____
JAMES D. PHILLIPS, JR., ESQUIRE
Florida Bar No.: 22846