UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 2:24-cv-14250-JEM

GUN OWNERS OF AMERICA, INC.,
GUN OWNERS FOUNDATION, and
RICHARD HUGHES,

      Plaintiffs,

v.

SHERIFF KEITH PEARSON, in his
official capacity as Sheriff of St. Lucie
County, the ST. LUCIE COUNTY
SHERIFF'S OFFICE, THOMAS
BAKKEDAHL, in his official capacity
As the State Attorney for the 19th Judicial
Circuit of Florida, and the STATE
ATTORNEY'S OFFICE for the 19th
Judicial Circuit of Florida,

      Defendants.
_____/

**AGREED MOTION FOR EXTENSION OF TIME TO
CONDUCT RULE 16.1(b) CONFERENCE VIA ZOOM**

      The Parties, by and through their respective undersigned attorneys, hereby file this their Agreed Motion for Extension of Time to Conduct Rule 16.1(b) Conference via Zoom, and in support thereof would state as follows:

      The Court issued its Scheduling Order [ECF 36] on November 22, 2024, which reads in pertinent part as follows:

"**Conferral Report**

5. The Court does not hold a Federal Rule of Civil Procedure 26(f) Scheduling Conference. Instead, within 21 days of this Order, Counsel for the parties and pro se litigants shall meet in person to confer regarding scheduling. At this meeting, the parties shall comply with the agenda set forth in Local Rule 16.1(b) and file a Conferral Report no later than 14 days after the meeting. The parties are not required to file a Joint Proposed Scheduling Order at this time.
6. The Conferral Report shall include all information required by subsections (A), (B), and (D) through (K) of Local Rule 16.1(b)(2). In addition to that information, the report shall include the following: (1) whether the trial will be jury or non-jury; (2) an outline of the legal elements of each claim and defense raised by the pleadings (the parties are advised that this section shall not be a summary of allegations, but should be modeled on pattern substantive jury instructions applicable in this Court); (3) a good-faith estimate of the specific dollar valuation of actual damages and other relief at issue; and (4) the need for variance from the discovery limitations imposed by Local Rule and/or the Federal Rules of Civil Procedure, including the grounds supporting the requested variance. Unilateral submissions are prohibited."

Plaintiff's operative Complaint [ECF 1] summarizes the primary purpose of this litigation as follows:

"**COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**
Plaintiffs Gun Owners of America, Inc., Gun Owners Foundation, and Richard Hughes ("Plaintiffs"), by and through undersigned counsel, file this Complaint against Sheriff Keith Pearson in his official capacity as the Sheriff of St. Lucie County, the St. Lucie County Sheriff's Office, Thomas Bakkedahl in his official capacity as the State Attorney for the 19th Judicial Circuit of Florida, and the State Attorney's Office for the 19th Judicial Circuit of Florida ("Defendants"), alleging violations of the right to keep and bear arms guaranteed by the Second and Fourteenth Amendments to the United

States Constitution. Plaintiffs seek a declaration that Fla. Stat. §790.053(1) is unconstitutional, and injunctive relief enjoining Defendants from enforcing it."

Plaintiff's counsel, James D. Phillips, Jr., is located in Orlando, Florida. Plaintiff's Co-Counsel, Stephen D. Stamboulieh resides in Virginia. Counsel for Defendants Bakkedahl and the State Attorney's Office, Arthur Ivan Jacobs, is located in Fernandina Beach, Florida. Counsel for Defendants Sheriff Pearson and the St. Lucie County Sheriff's Office is located in Fort Lauderdale, Florida.

The Court's Order indicates that the parties are not required to file a Joint Proposed Scheduling Order. [ECF 36, ¶5]. Rather, the court is requiring the parties to prepare a Conferral Report in accordance with Local Rule 16.1(b)(2), (A), (B), and (D-K). [ECF 36, ¶6].

Because counsel for the parties are located in three different cities within the state of Florida, and due to the fact that another of Plaintiff's counsel is located in the state of Virginia, all counsel are prepared to meet via Zoom on December 18, 2024 at 10:00 a.m. for the purpose of complying with the Court's Order [ECF 36] requiring a Conferral Report.

Counsel for the parties can comply with this Court's Order and submit a timely Conferral Report within fourteen (14) days of a Zoom meeting, while avoiding the expense and time associated with requiring an in-person meeting

given the great distances each attorney would have to travel in order to meet within the Fort Pierce Division of the United States District Court, Southern District of Florida.

## RULE 7.1 STATEMENT

Pursuant to Local Rule 7.1(a)(3)(A), counsel for all parties agree to the relief sought in this motion.

Wherefore, the Parties, through their counsel, respectfully request that this Court grant this motion and allow the attorneys to conduct their Rule 16.1(b) conference via Zoom on December 18, 2024, and to thereafter submit a timely written Conferral Report in accordance with Local Rule 16.1(b)(2), (A), (B), and (D-K).

  *s/James D. Phillips, Jr.*
JAMES D. PHILLIPS, JR., ESQUIRE
Fla. Bar No.  22846
Katz & Phillips, PA
509 W. Colonial Drive
Orlando, Florida 32804
Phone:  321-332-6864
e-mail:  jphillips@thefirearmfirm.com
*Counsel for Plaintiffs*

  *s/Stephen D. Stamboulieh*
STEPHEN D. STAMBOULIEH, ESQUIRE
Mississippi Bar No. 102784
Stamboulich Law, PLLC
P.O. Box 428
Olive Branch, MS 38654
Phone:  601-852-3440
e-mail:  stephen@sdslaw.us
*Co-Counsel for Plaintiffs*


  *s/Arthur I. Jacobs*
ARTHUR I. "BUDDY" JACOBS, ESQUIRE
Jacobs Scholz & Wyler, LLC
961687 Gateway Boulevard, Ste. 201-I
Fernandina Beach, Florida 32034
Phone:  904-261-3693
e-mail:  Buddy@jswflorida.com
*Counsel for Defendants Bakkedahl & State Attorneys Office*


  *s/Richard A. Giuffreda*
RICHARD A. GIUFFREDA, ESQUIRE
Fla. Bar No.  705233
SUMMER M. BARRANCO, ESQUIRE
Fla. Bar No. 984663
PURDY, JOLLY, GIUFFREDA, BARRANCO & JISA, P.A.
2455 E. Sunrise Boulevard, Suite 1216
Fort Lauderdale, Florida 33304
Telephone:   (954) 462-3200
e-mail: richard@purdylaw.com; jennifer@purdylaw.com
summer@purdylaw.com; isabella@purdylaw.com
Attorney for *Defendants Sheriff and St. Lucie County Sheriff's Office*
Trial Counsel

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed with the Clerk of the Court by using the Florida Courts E-Filing Portal, which will send a notice of electronic filing to: **STEPHEN D. STAMBOULIEH, ESQUIRE,** Co-Counsel for Plaintiffs, P.O. Box 428, Olive Branch, MS 38654 [stephen@sdslaw.us]; **JAMES D. PHILLIPS, JR., ESQUIRE**, Co-Counsel for Plaintiffs, 509 W. Colonial Drive, Orlando, FL 32804 [jphillips@thefirearmfirm.com]; and **ARTHUR IVAN JACOBS, ESQUIRE,** Counsel for Defendants Bakkedahl and SAO, 961687 Gateway Boulevard, Suite 201-I, Fernandina Beach, FL 32034 [buddy@jswflorida.com] this 2nd day of December, 2024.

   _s/Richard A. Giuffreda_
RICHARD A. GIUFFREDA, ESQUIRE
Fla. Bar No. 705233
SUMMER M. BARRANCO, ESQUIRE
Fla. Bar No. 984663
PURDY, JOLLY, GIUFFREDA, BARRANCO & JISA, P.A.
2455 E. Sunrise Boulevard, Suite 1216
Fort Lauderdale, Florida 33304
Telephone: (954) 462-3200
e-mail: richard@purdylaw.com; jennifer@purdylaw.com
summer@purdylaw.com; isabella@purdylaw.com
Attorney for *Defendants Sheriff and St. Lucie County Sheriff's Office*
Trial Counsel