UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 2:24-cv-14250-JEM

GUN OWNERS OF AMERICA, INC.,
GUN OWNERS FOUNDATION, and
RICHARD HUGHES,

      Plaintiffs,

v.

SHERIFF KEITH PEARSON, in his official capacity as Sheriff of St. Lucie County, the ST. LUCIE COUNTY SHERIFF'S OFFICE, THOMAS BAKKEDAHL, in his official capacity As the State Attorney for the 19th Judicial Circuit of Florida, and the STATE ATTORNEY'S OFFICE for the 19th Judicial Circuit of Florida,

      Defendants.
_____/

## ORDER GRANTING AGREED MOTION FOR EXTENSION OF TIME TO CONDUCT RULE 16.1(b) CONFERENCE VIA ZOOM

THIS MOTION is before the Court upon Parties' Agreed Motion for Extension of Time to Conduct Rule 16.1(b) Conference via Zoom. The Court has carefully reviewed said Motion and after due consideration, it is

ORDERED AND ADJUDGED that the Parties' Agreed Motion for Extension of Time to Conduct Rule 16.1(b) Conference via Zoom and the same is

hereby GRANTED.  The Parties shall conduct their 16.1(b) conference via Zoom on December 18, 2024, and submit their Conferral Report within fourteen (14) days thereafter.

DONE AND ORDERED in Chambers at Fort Pierce, St. Lucie County, Florida, this _____ day of December, 2024.

_____
HONORABLE JOSE E. MARTINEZ
United States District Judge

Copies furnished:
James D. Phillips, Jr., Esquire [jphillips@thefirearmfirm.com]
Stephen D. Stamboulieh, Esquire  [stephen@sdslaw.us]
Arthur I. "Buddy" Jacobs, Esquire [Buddy@jswflorida.com]
Richard A. Giuffreda, Esquire  [Richard@purdylaw.com]