[Attachment A]

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

2:24-cv-14250
Case Number: -CIV-MARTINEZ

Gun Owners of America, Inc, et al.
    Plaintiff,

v.

Sheriff Keith Pearson, et al.
    Defendant.
_____/

### ELECTION TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE FOR FINAL DISPOSITION OF MOTIONS

In accordance with the provisions of 28 U.S.C. §636(c), the undersigned parties to the above-captioned civil matter hereby jointly and voluntarily elect to have a United States Magistrate Judge decide the following motions and issue a final order or judgment with respect thereto:

| # | Motion | Yes | No |
|---|--------|-----|----|
| 1. | Motions for Costs | | X |
| 2. | Motions for Attorney's Fees | | X |
| 3. | Motions for Sanctions | | X |
| 4. | Motions to Dismiss | | X |
| 5. | Motions for Summary Judgment | | X |
| 6. | Discovery | X | |
| 7. | Other (specify) _____ | | |

1/7/2025
(Date)

_____
(Signature--Plaintiff's Counsel)

1/6/26
(Date)
1/7/25

_____
(Signature--Defendant's Counsel)