UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 2:24-cv-14250-JEM

GUN OWNERS OF AMERICA, INC.,
GUN OWNERS FOUNDATION, and
RICHARD HUGHES,

    Plaintiffs,

v.

SHERIFF KEITH PEARSON, in his
official capacity as Sheriff of St. Lucie
County, the ST. LUCIE COUNTY
SHERIFF'S OFFICE, THOMAS
BAKKEDAHL, in his official capacity
As the State Attorney for the 19th Judicial
Circuit of Florida, and the STATE
ATTORNEY'S OFFICE for the 19th
Judicial Circuit of Florida,

    Defendants.
_____/

## DEFENDANT SHERIFF'S UNOPPOSED MOTION FOR SUBSTITUTION OF PARTY/DEFENDANT

    The Defendant, SHERIFF KEITH PEARSON, in his official capacity as the Sheriff of St. Lucie County Florida, by and through undersigned counsel, pursuant to Rule 25(d) of the Federal Rules of Civil Procedure files this his Motion for Substitution of Party/Defendant and in support thereof would state as follows:

    1. That the Defendant Keith Pearson in this lawsuit is named as a Party/Defendant in his official capacity as Sheriff of St. Lucie County, Florida.

1

2. That the Defendant Keith Pearson tenure as Sheriff of St. Lucie County, Florida, ended on Monday, January 6, at which time his successor in office, Richard R. Del Toro Jr., was sworn in as Sheriff of St. Lucie County, Florida.

3. Pursuant to this Court's scheduling Order [ECF 36], attached hereto as Exhibit A is a proposed order granting the instant Motion. (Exhibit A).

WHEREFORE, it is respectfully requested that this Honorable Court enter its Order of Substitution, substituting Richard R. Del Toro Jr., in his official capacity as Sheriff of St. Lucie County, Florida, for the former Sheriff, Keith Pearson.

Further, and in support of this Motion, the Defendant would refer this Honorable Court to the Memorandum of Law attached hereto and by reference made a part hereof.

## MEMORANDUM OF LAW

Rule 25(d) of the Federal Rules of Civil Procedure states as follows:

> "An action does not abate when a public officer who is a party in an official capacity dies, resigns, or otherwise ceases to hold office while the action is pending. The officer's successor is automatically substituted as a party. Later proceedings should be in the substituted party's name, but any misnomer not affecting the parties' substantial rights must be disregarded. The court may order substitution at any time, but the absence of such an order does not affect the substitution."

As the Motion recites, and as may be judicially noticed pursuant to Rule 201 of the Federal Rules of Evidence, Sheriff Del Toro has succeeded Sheriff Pearson as Sheriff of St. Lucie County, Florida, effective January 6, 2025. As successor in office, Sheriff Del Toro is properly substituted as the Party/Defendant in this lawsuit so long as the Sheriff is being sued in his official capacity, as here.

2

It is proper that an Order of Substitution be entered, and that Sheriff Del Toro be substituted as a Party/Defendant in his official capacity as Sheriff of St. Lucie County, Florida. Ruff v. Wells, 504 So.2d 16 (2nd DCA 1987); and Section 768.28(9)(a), Florida Statutes (1999).

### 7.1(a)(3) STATEMENT

Counsel for the Defendants has conferred with counsel for Plaintiffs regarding the relief sought in the Motion, and Plaintiffs' counsel have indicated they do not object to the relief sought herein.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to: **STEPHEN D. STAMBOULIEH, ESQUIRE,** Co-Counsel for Plaintiffs, P.O. Box 428, Olive Branch, MS 38654  [stephen@sdslaw.us]; **JAMES D. PHILLIPS, JR., ESQUIRE**, Co-Counsel for Plaintiffs, 509 W. Colonial Drive, Orlando, FL 32804 [jphillips@thefirearmfirm.com]; and **ARTHUR IVAN JACOBS, ESQUIRE,** Counsel for Defendants Bakkedahl and SAO, 961687 Gateway Boulevard, Suite 201-I, Fernandina Beach, FL 32034 [buddy@jswflorida.com] this April 14, 2025.

    *s/Andrew W. Jolly*
ANDREW W. JOLLY, ESQUIRE
Fla. Bar No. 1032793
PURDY, JOLLY, GIUFFREDA, BARRANCO & JISA, P.A.
2455 E. Sunrise Boulevard, Suite 1216
Fort Lauderdale, Florida 33304
Telephone:(954) 462-3200
e-mail: Andrew@purdylaw.com
       Cecilia@purdylaw.com
Attorney for *Defendant Sheriff and St. Lucie County Sheriff's Office*
Trial Counsel