**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT PIERCE DIVISION**

CASE NO. 2:24-cv-14250-JEM

GUN OWNERS OF AMERICA, INC.,
GUN OWNERS FOUNDATION, and
RICHARD HUGHES,

     Plaintiffs,

v.

SHERIFF KEITH PEARSON, in his
official capacity as Sheriff of St. Lucie
County, the ST. LUCIE COUNTY
SHERIFF'S OFFICE, THOMAS
BAKKEDAHL, in his official capacity
As the State Attorney for the 19th Judicial
Circuit of Florida, and the STATE
ATTORNEY'S OFFICE for the 19th
Judicial Circuit of Florida,

     Defendants.
_____/

**PROPOSED ORDER ON DEFENDANT'S UNOPPOSED MOTION FOR SUBSTITUTION OF PARTY/DEFENDANT**

THIS MOTION is before the Court upon the Defendant's Motion for Substitution of Party/Defendant. The Court has carefully reviewed said Motion and after due consideration, it is

**ORDERED AND ADJUDGED** that the Defendant's Motion for Substitution of Party/Defendant is hereby GRANTED. RICHARD R. DEL TORO, JR., is hereby substituted for former Sheriff Keith Pearson as the proper party Defendant. In addition, the court's style for this case shall be amended to reflect this change.

DONE AND ORDERED in Chambers at Miami, Florida, this ____ day of _____, 2025.

1

                                                                                   _____
HONORABLE JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies furnished:
Andrew W. Jolly, Esquire andrew@purdylaw.com, cecilia@purdylaw.com
Stephen D. Stamboulieh, Esquire stephen@sdslaw.us
James D. Phillips, Esquire jphillips@thefirearmfirm.com
Arthur Ivan Jacobs, Esquire buddy@jswflorida.com