UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case Number: 24-14250-CIV-MARTINEZ

GUN OWNERS OF AMERICA, INC.,
GUN OWNERS FOUNDATION, and
RICHARD HUGHES,

    Plaintiffs,

v.

SHERIFF KEITH PEARSON, in his
official capacity as Sheriff of St. Lucie
County, *et al.*,

    Defendants.
_____/

### ORDER GRANTING MOTION TO SUBSTITUTE PARTY DEFENDANT

**THIS CAUSE** came before the Court upon the Defendant Keith Pearson's Unopposed Motion for Substitution of Party/Defendant (the "Motion"), (ECF No. 45). Accordingly, having reviewed the record and Motion, and being otherwise fully advised as to the premises, it is

**ORDERED AND ADJUDGED** that:

1. The Motion, (ECF No. 45), is **GRANTED**.

2. **Richard R. Del Toro Jr., in his official capacity as Sheriff of St. Lucie County, Florida**, is hereby substituted for former Sheriff Keith Pearson as the proper party Defendant. The Clerk is **DIRECTED** to **AMEND** the case style to reflect this change.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 22 day of April, 2025.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record