IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

GUN OWNERS OF AMERICA, INC.,
GUN OWNERS FOUNDATION, and
RICHARD HUGHES,

    Plaintiffs,

v.

SHERIFF RICHARD DEL TORO, JR., in
his official capacity as Sheriff of St. Lucie
County, the ST. LUCIE COUNTY SHERIFF'S
OFFICE, THOMAS BAKKEDAHL, in his
official capacity as the State Attorney for the
19th Judicial Circuit of Florida, and the
STATE ATTORNEY'S OFFICE for the 19th
Judicial Circuit of Florida,

    Defendants.

Civil Action No. 2:24-cv-14250-JEM

_____/

## JOINT STATUS REPORT

Plaintiffs Gun Owners of America, Inc., Gun Owners Foundation, and Richard Hughes ("Plaintiffs"), Defendants Sheriff Richard Del Toro, Jr., and St. Lucie County Sheriff's Office ("Sheriff"), and Defendants Thomas Bakkedahl and the State Attorneys' Office for the 19th Judicial District of Florida ("State Attorney"), pursuant to this Court's Order on December 2, 2024, (Docket No. 39) hereby submit this Joint Status Report.

**(1) What discovery has been propounded by each party.**

Plaintiffs served Interrogatories, Request for Admission, and Request for Production of Documents on Defendants.

Defendant State Attorney's Office have not propounded any discovery.

Defendant Sheriff Del Toro has not propounded any discovery at this time.

1

**(2) If the discovery requests have been answered.**

Defendants responded to Plaintiffs' discovery on March 24, 2025.

**(3) The status of depositions, including the number of depositions taken, those that remain to be taken and if they have been scheduled, and an explanation of any delay in deposition scheduling.**

Plaintiffs have not scheduled any depositions and have no current plans to schedule depositions. Because the issue before the Court, whether Florida's ban on openly carried firearms violates the Constitution, is a question of law, Plaintiffs do not believe additional factual inquiries from Defendants will be helpful.

Defendant State Attorney's Office have not scheduled any depositions and have no current plans to schedule depositions. Because the issue before the Court, whether Florida's ban on openly carried firearms violates the Constitution, is a question of law, Defendant State Attorney's Office does not believe additional factual inquiries from Plaintiffs will be relevant.

Defendant Sheriff Del Toro has not scheduled any depositions and has no current plans to schedule depositions. Because the issue before the Court, whether Florida's ban on openly carried firearms violates the Constitution, is a question of law, Defendant Sheriff Del Toro does not believe additional factual inquiries from Plaintiffs will be relevant.

**(4) The status of expert disclosures.**

No party has exchanged expert reports and the deadline for exchange of expert reports has lapsed.

**(5) If there are any outstanding discovery disputes.**

There are no outstanding discovery disputes.

**(6) If the parties believe a discovery status conference is needed and whether it may be canceled.**

Plaintiffs do not believe a discovery status conference is necessary, and it may be canceled.

Defendant State Attorney's Office do not believe a discovery status conference is necessary, and it may be canceled.

Defendant Sheriff Del Toro does not believe a discovery status conference is necessary, and it may be canceled.

**(7) If the parties can certify that all discovery will be completed by the discovery deadline.**

Plaintiffs are not seeking any additional discovery and certify that their part of discovery will be completed by the deadline.

Defendant State Attorney's Office have no current plans to issue discovery at this time, but certify that any discovery shall be completed by the discovery deadline.

Defendant Sheriff Del Toro has no current plans to issue discovery at this time, but certifies that any discovery shall be completed by the discovery deadline.

Respectfully submitted, this 22nd day of May 2025,



KATZ & PHILLIPS, P.A.
Attorneys for the Plaintiffs
509 W. Colonial Drive
Orlando, Florida 32804
Tel./Fax: 321.332.6864
Email: jphillips@thefirearmfirm.com

___*James Phillips*_____
**JAMES D. PHILLIPS, JR., ESQUIRE**
Florida Bar No.: 22846

Stephen D. Stamboulieh *
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS 38654
601-852-3440 (T)
stephen@sdslaw.us
Mississippi Bar No. 102784
**Admitted Pro Hac Vice*
Attorneys for Plaintiffs

**JACOBS SCHOLZ & WYLER, LLC**

*/s/ Arthur I. Jacobs*
Arthur I. Jacobs, Esq.
Fla. Bar No.: 108249
Richard J. Scholz, Esq.
Fla. Bar No.: 0021261
Douglas A. Wyler, Esq.
Fla. Bar No.: 119979
961687 Gateway Blvd., Suite 201-I
Fernandina Beach, Florida 32034
(904) 261-3693
(904) 261-7879 Fax
Primary: filings@jswflorida.com
Secondary: Buddy@jswflorida.com
              Taran @jswflorida.com

*s/Andrew W. Jolly*
ANDREW W. JOLLY, ESQUIRE
Fla. Bar No. 1032793
PURDY, JOLLY, GIUFFREDA, BARANCO
& JISA, P.A.
2455 E. Sunrise Boulevard, Suite 1216
Fort Lauderdale, Florida 33304
Telephone:(954) 462-3200
e-mail: Andrew@purdylaw.com
            Cecilia@purdylaw.com
Attorney for *Defendant Sheriff and St. Lucie County Sheriff's Office*
Trial Counsel

4

**CERTIFICATE OF SERVICE**

I certify that on May 22, 2025, a copy of the foregoing document or pleading has been electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to: Arthur Ivan Jacobs, Esquire, Counsel for Defendants Bakkedahl and SAO, 961687 Gateway Boulevard, Suite 201-I, Fernandina Beach, FL 32034; buddy@jswflorida.com; Summer M. Barranco, Esquire, Richard A. Giuffreda, Esquire, and Andrew Jolly, Esq., Counsel for Defendants Sheriff Del Toro and St. Lucie County Sheriff's Office, 2455 E. Sunrise Blvd, Suite 1216, Fort Lauderdale, FL 33304; summer@purdylaw.com, richard@purdylaw.com, and andrew@purdylaw.com.

*James Phillips*
**JAMES D. PHILLIPS, JR., ESQUIRE**
Florida Bar No.: 22846