UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO.  2:24-cv-14250-JEM

GUN OWNERS OF AMERICA, INC.,
GUN OWNERS FOUNDATION, and
RICHARD HUGHES,

    Plaintiffs,

v.

SHERIFF KEITH PEARSON, in his official capacity as Sheriff of St. Lucie County, the ST. LUCIE COUNTY SHERIFF'S OFFICE, THOMAS BAKKEDAHL, in his official capacity As the State Attorney for the 19th Judicial Circuit of Florida, and the STATE ATTORNEY'S OFFICE for the 19th Judicial Circuit of Florida,

    Defendants.
_____/

# DEFENDANTS' JOINT UNOPPOSED MOTION FOR A 21-DAY EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT [ECF 51]

The Defendants, SHERIFF RICHARD DEL TORO, in his official capacity as the Sheriff of St. Lucie County Florida, and THOMAS R. BAKKEDAHL in his official capacity as State attorney for the Nineteenth Judicial Circuit of Florida, and on behalf of the STATE ATTORNEY'S OFFICE for the 19th Judicial Circuit of Florida, by and through undersigned counsel, file this their Joint Unopposed Motion for a twenty-one (21) day extension of time to respond to Plaintiff's Motion for Summary Judgment [ECF 51], and would state as follows:

1

1.On June 3, 2025, the Plaintiffs filed a Motion for Summary Judgment. Pursuant to the Local Rule 56 for the Southern District of Florida, the Defendants' have fourteen (14) days to respond to Plaintiffs' Motion.

2.Counsel for the Defendant Sheriff Del Toro currently has the following competing litigation demands which will require his attention over the course of the next few weeks:

- 6/6 Robinson v. Ramsay et al., Case No.: 4:24-cv-10078, Sothern District of Florida - meetings all day in Key West
- 6/9 Trefzer/Pierce/Galentine v. Sheriff Flowers, Case No.: 2023-CA-000455, 19th Judicial Circuit in and For Indian River County - depositions all day
- 6/10 Batista v. Agent Septien et al., Case No. 23-cv-80840-RLR, Southern District of Florida - deadline for dispositive motions (Defendants intend on filing a Motion for Summary Judgment)
- 6/11 Brown v. Ramsay, Case No. 18-10279, Southern District of Florida - meeting w/ opposing counsel to comply with order on joint proposed scheduling order due on 6/13
- 6/17 Garrison v. Sgt. Ortiz, Case No. 2:23-cv-916, Middle District of Florida - deadline for dipositive motions (Defendants intend on filing a Motion for Summary Judgment)
- 6/18 Robinson v. Ramsay et al., Case No.: 4:24-cv-10078 - depos all day
- 6/19 Robinson v. Ramsay et al., Case No.: 4:24-cv-10078 - depos all day
- 6/23 Trefzer/Pierce/Galentine v. Sheriff Flowers, Case No.: 2023-CA-000455 – deposition of deputy witness
- 6/26 Trefzer/Pierce/Galentine v. Sheriff Flowers, Case No.: 2023-CA-000455 – mediation
- 7/7 Doherty v. Deputy Borrow et al., 2:23-cv-14395-RKA, Southern District of Florida – in person evidentiary hearing in West Palm

3.Counsel for Thomas Bakkedahl, currently also has numerous competing litigation demands which will require his attention over the court of the next few weeks.

4.The above will require extensive preparation, some travel, and substantial time and effort. Additionally, due to the length, complexity, and scope of Plaintiff's Motion for Summary Judgment, each Defendants' Response will likewise require significant time and effort to prepare and complete.

5. Consequently, in order to allow an adequate opportunity for the Defendants to sufficiently respond to Plaintiffs' Motion for Summary Judgment, counsel for both Defendants requests an extension of twenty-one (21) days in which to file a Response, up to and including July 8, 2025.

6. This extension is not sought for the purpose of delay and is sought in good faith. Further, and in support of the foregoing Unopposed Motion, Defendant would refer this Honorable Court to the Memorandum of Law attached hereto and incorporated herein by reference.

## **MEMORANDUM OF LAW**

Federal Rule of Civil Procedure 6(b)(1)(A) governs the enlargement of time periods prescribed by the federal rules or by an order of the district court. Rule 6(b) provides in pertinent part:

**(b) Extending Time.**

**(1) *In General.*** When an act may or must be done within a specified time, the court may, for good cause, extend the time:

**(A)** with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires;

Rule 6 should be applied liberally "to secure the just, speedy, and inexpensive determination of every action." Fed. R. Civ. P. 1. Moreover, district courts enjoy broad discretion in deciding how best to manage the cases before them. Chrysler Int'l Corp. v. Chemaly, 280 F.3d 1358, 1360 (11th Cir. 2002); Rae v. Perry, 392 Fed. Appx. 753, 755 (11th Cir. 2010); Chudasama v. Mazda Motor Corp., 123 F.3d 1353, 1366 (11th Cir. 1997). This broad discretion encompasses the management of pre-trial activities. Id. (citing Johnson v. Bd. of Regents of Univ. Georgia, 263 F.3d 1234, 1269 (11th Cir. 2001)). Good cause exists here given

the conflicts and competing litigation demands that exist for the Defendants' counsel, as highlighted above, and the time needed to sufficiently respond to Plaintiffs' Motion for Summary Judgment.

For the reasons stated above, the Defendants respectfully requests this Honorable Court to grant this Joint Motion.

### RULE 7.1(a)(3) CERTIFICATION

Counsel for the movants has conferred with Plaintiffs' counsel who have indicated that they do not object to the relief sought herein.

Respectfully Submitted,

**JACOBS SCHOLZ & WYLER, LLC**

*/s/ Arthur I. Jacobs*
Arthur I. Jacobs, Esq
Fla. Bar No. 108249
961687 Gateway Blvd., Suite 201-I
Fernandina Beach, FL  32034
Telephone: (904) 261-3693
Facsimile: (904) 261-7879
Primary:  filings@jswflorida.com
Secondary: Buddy@jswflorida.com

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to: **STEPHEN D. STAMBOULIEH, ESQUIRE,** Co-Counsel for Plaintiffs, P.O. Box 428, Olive Branch, MS 38654  [stephen@sdslaw.us]; **JAMES D. PHILLIPS, JR., ESQUIRE**, Co-Counsel for Plaintiffs, 509 W. Colonial Drive, Orlando, FL 32804 [jphillips@thefirearmfirm.com]; and **ARTHUR IVAN JACOBS, ESQUIRE,** Counsel for Defendants Bakkedahl and SAO, 961687

4

Gateway Boulevard, Suite 201-I, Fernandina Beach, FL 32034 [buddy@jswflorida.com] this June 5, 2025.

    *s/Andrew W. Jolly*
ANDREW W. JOLLY, ESQUIRE
Fla. Bar No. 1032793
PURDY, JOLLY, GIUFFREDA, BARRANCO & JISA, P.A.
2455 E. Sunrise Boulevard, Suite 1216
Fort Lauderdale, Florida 33304
Telephone:(954) 462-3200
e-mail: Andrew@purdylaw.com
       Cecilia@purdylaw.com
Attorney for *Defendants Sheriff and St. Lucie County Sheriff's Office*
Trial Counsel