UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case Number: 24-14250-CIV-MARTINEZ

GUN OWNERS OF AMERICA, INC.,
GUN OWNERS FOUNDATION, and
RICHARD HUGHES,

    Plaintiffs,

v.

SHERIFF KEITH PEARSON, in his
official capacity as Sheriff of St. Lucie
County, *et al.*,

    Defendants.
_____/

## ORDER GRANTING JOINT MOTION

**THIS CAUSE** came before this Court on Parties Joint Motion to be Excused from Mandatory Mediation (the "Motion"), (ECF No. 54). This Court has reviewed the Motion, pertinent portions of the record, and applicable law and is otherwise fully advised of the premises. Accordingly, after careful consideration and for good cause shown, it is

**ORDERED AND ADJUDGED** that:

1. The Motion, (ECF No. 54), is **GRANTED**.
2. The Parties are excused from mediation. The relief sought, declaratory and injunctive relief for alleged constitutional violations, where Defendants aver that they do not have the authority to agree that the at issue statute is unconstitutional, renders mediation fruitless.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 3 day of July, 2025.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record