# ARREST REPORT

| AGENCY INFO | Agency Name: St. Lucie County Sheriff's Office | ORI: FL0560000 | Date/Time Arrested: 11/09/2020 14:47 Mon | Case #: 2010571 |
|---|---|---|---|---|
| | Taken | Arrest Tract | Residence Tract | Arrest Number: 188588 |

| ARRESTEE INFO | |
|---|---|
| Name (Last, First, Middle): KNIGHT, ERNEST DANZEL | D.O.B.: [redacted] Age: 28 Race: B Sex: M Place of Birth: Citizenship: US |
| Current Address: [redacted] FORT PIERCE, FL 34982 | Phone: [redacted] Occupation: Residence Status: Resident |
| Employer's Name | Address | Phone |
| Also Known As (Alias Names) | Hgt: 5'11 Wgt: 150 Hair: Black Eyes: Brown Skin Tone: |
| Scars, Marks, Tattoos | Social Security #: [redacted] OLN and State: K523204923080-FL Misc. # and Type |
| Nearest Relative Name | Address | Phone |

| ARREST INFO | | | | | | | |
|---|---|---|---|---|---|---|---|
| If Armed, Type of Weapon | Type of Arrest: AFFIDAVIT / PC | | | Place of Arrest: 2800 SHERATON BLVD, FORT PIERCE | | | |
| Charge #1 Committed: Carrying Prohibited Weapon-carrying Weapon Openly | Type: Misd | Counts: 1 | IBR Code: 520 | Warrant/Summons # | Statute #: 790.053 | MS2617 | | Warr. Date |
| Charge #2 Committed: Weapon Offense-transfer Firearm To Minor | Type: Fel | Counts: 1 | IBR Code: 520 | Warrant/Summons # | Statute #: 790.17 (2A) | FT2664 | | Warr. Date |
| Charge #3 | Type | Counts | IBR Code | Warrant/Summons # | Statute # | | Warr. Date |

| VEH INFO | VYR | Make | Model | Style |
|---|---|---|---|---|
| | Color | Plate #/State/Plate Year | VIN | |
| | Vehicle | | | |

| CONFINED BOND | Date/Time Confined | Place Confined | Committing Magistrate |
|---|---|---|---|
| | Type Bond | Bond Amount | Trial Date  Time  Court Of  City |
| | Arresting Officer Name/ID #/Bureau: Jadin, Christopher D  (SIU, GANG) (1010) SSB | | |
| | Assisting Officer Name/ID #/Bureau | Released By (Name/Department/ID #) | Date/Time Released |

**Status Codes:** 1 = None  2 = Burned  3 = Counterfeit / Forged  4 = Damaged  5 = Recovered  6 = Seized  7 = Stolen  8 = Unknown/Lost

| DRUGS ARREST | Code | Status | Quantity | Type Measure | Suspected Type | Up to 3 types of activity for each |
|---|---|---|---|---|---|---|
| | | | | | | |

| Other Name | Name | Address | Phone |
|---|---|---|---|
| | Name | Address | Phone |

**NARRATIVE:** While conducting surveillance on a residence located at 2800 Sheraton Blvd, we observed a white Chevy Cruze arrive at the residence. The vehicle backed into the driveway and Willie Ervin, (16 year old B/M, documented Sixway Gang Member), got into the passenger seat. The driver of the vehicle was a black male wearing a dark colored shirt with white writing on the front of it with the words, "Lil Polo Da Don". While conducting the surveillance I could clearly see Willie Ervin reach under the front passenger seat and retrieve a full size black Handgun. Willie Ervin tucked
** Continued **

**STATUS:** Arresting Officer Signature/ID #/Bureau: Jadin, Christopher D  (SIU, GANG) (1010) SSB
Case Status: Cleared By Arrest    Arrestee Signature

r_ar1ibr                                    Printed By: WELLSJ, JENNIFER

**ARREST REPORT (Additional Narrative)**

| Agency Name | ORI | Date/Time Arrested | Case # |
|---|---|---|---|
| St. Lucie County Sheriff's Office | FL0560000 | 11/09/2020 14:47 | 2010571 |

| Arrestee Name | Arrest Number |
|---|---|
| KNIGHT, ERNEST DANZEL | 188588 |

the firearm in his waistband and concealed it under his white, Nike shirt then exited the vehicle and walked into his house. The vehicle then left the residence eastbound on Sheraton Blvd.

As other units responded to the residence, I observed the vehicle at the store located at 2243 N 25th St, (very close to the residence). As I pulled up to the vehicle, the driver, identified as Ernest Knight, exited the vehicle. I ordered Knight to stop and approched him from the passenger side with the vehicle in between us. He immediately stuck his hands into his pockets. I ordered him to remove his hands from his pockets and moved around the vehicle. As I made contact with Knight I observed the entire grip, of a black Handgun with an extended magazine sticking out of his right pocket. I placed Knight in handcuffs and took possession of that firearm, a black Glock 27, .40 cal handgun loaded with a 22 round extended magazine containing 16 bullets.

Knight was read his Miranda Rights and agreed to speak with us without an attorney present. Post Miranda, Knight said he has a CCW permit and usually carries his handgun in a holster but today his holster was in his trunk so he was carrying it in the pocket of his sweat pants. Knight was transported to the Sheriff's Office for a continued interview. Knight was re-read his Miranda Rights and again agreed to speak to me without an attorney present. During that interview, Knight admitted to being at Willie Ervin's house and stated Willie had been out of out of town with Knight and others over the weekend. Knight said that he knew Willie was a juvenile. Knight stated he stopped by Willie's house and Willie got into the vehicle. Knight admitted he was there for Willie to get his gun but claimed he believed it could have been a prop gun from a video shoot over the weekend. Subsequent investigation led to the recovery of the firearm (Glock model 23) from Willie Ervin's residence. Det. Archie handled that part of the investigation.

I arrested Ernest Knight for Open Carry of a Firearm F.S.S. 790.053 and Furnishing a Firearm to a Minor F.S.S. 790.17 (2a).

# ARREST REPORT

## AGENCY INFO
| Agency Name | ORI | Date/Time Arrested | Case # |
|---|---|---|---|
| St. Lucie County Sheriff's Office | FL0560000 | 12/19/2022 06:19  Mon | 2214249 |

| Taken | Arrest Tract | Residence Tract | Arrest Number |
|---|---|---|---|
| | | | 213720 |

## ARRESTEE INFO

| Name (Last, First, Middle) | D.O.B. | Age | Race | Sex | Place of Birth | Citizenship |
|---|---|---|---|---|---|---|
| KOREN, CODY JAMES | [redacted] | 30 | W | M | AZ | US |

| Current Address | Phone | Occupation | Residence Status |
|---|---|---|---|
| [redacted], FORT PIERCE, FL [redacted] | 772-[redacted] | | Resident |

| Employer's Name | Address | | Phone |
|---|---|---|---|
| | | | |

| Also Known As (Alias Names) | Hgt | Wgt | Hair | Eyes | Skin Tone |
|---|---|---|---|---|---|
| | 6'03 | 160 | Black | Blue | Fair |

| Scars, Marks, Tattoos | Social Security # | OLN and State | Misc. # and Type |
|---|---|---|---|
| | [redacted] | K650-110-92-082-0-FL | |

| Nearest Relative Name | Address | Phone |
|---|---|---|

## ARREST INFO

| If Armed, Type of Weapon | Type of Arrest | Place of Arrest |
|---|---|---|
| | AFFIDAVIT / PC | 5903 SUNSET BLVD/BARTOW ST, FORT PIERCE |

| Charge #1 Committed | Type | Counts | IBR Code | Warrant/Summons # | Statute # | Warr. Date |
|---|---|---|---|---|---|---|
| Marijuana-possess-possess Marijuana Over 20 Grams | Fel | 1 | 35A | | 893.13 (6A) \| FT5331 \| | |

| Charge #2 Committed | Type | Counts | IBR Code | Warrant/Summons # | Statute # | Warr. Date |
|---|---|---|---|---|---|---|
| Drug Equip-possess-and Or Use | Misd | 1 | 35B | | 893.147 (1) \| MF3768 \| | |

| Charge #3 Committed | Type | Counts | IBR Code | Warrant/Summons # | Statute # | Warr. Date |
|---|---|---|---|---|---|---|
| Carrying Concealed Weapon-firearm | Fel | 1 | 520 | | 790.01 (2) \| FT2616 \| | |

## VEH INFO

| VYR | Make | Model | Style |
|---|---|---|---|
| 2020 | Jeep | | Utility |

| Color | Plate #/State/Plate Year | VIN |
|---|---|---|
| Black | ILTA96  FL 2021 | 3C4NJCBB9LT135925 |

| Vehicle | |
|---|---|
| Towed | 12/19/2022 |

## CONFINED / BOND

| Date/Time Confined | Place Confined | Committing Magistrate |
|---|---|---|
| | | |

| Type Bond | Bond Amount | Trial Date | Time | Court Of | City |
|---|---|---|---|---|---|
| | | | | | |

| Arresting Officer Name/ID #/Bureau |
|---|
| Hester, Jake B    (SIU, NARC) (2351) SSB |

| Assisting Officer Name/ID #/Bureau | Released By (Name/Department/ID #) | Date/Time Released |
|---|---|---|

## Status Codes
1 = None  2 = Burned  3 = Counterfeit / Forged  4 = Damaged  5 = Recovered  6 = Seized  7 = Stolen  8 = Unknown/Lost

## DRUGS AT ARREST

| Code | Status | Quantity | Type Measure | Suspected Type | Up to 3 types of activity for each |
|---|---|---|---|---|---|
| | | | | | |

## Other Name

| | Name | Address | Phone |
|---|---|---|---|
| Victim | State Of Florida | | |
| | Name | Address | Phone |

## NARRATIVE

On 12/19/2022 at approximately 0430 hours, I responded to the area of Sunset Blvd and Bartow St in reference to a traffic stop that D/S Zarba #334 conducted (please see his supplement for additional information).

Upon arriving on scene, I asked the driver to place his shut his car off. When doing so, D/S Hernandez #236 located a firearm in the back seat, directly behind the driver who was identified
** Continued **

## STATUS

| Arresting Officer Signature/ID #/Bureau |
|---|
| Hester, Jake B    (SIU, NARC) (2351) SSB |

| Case Status | Arrestee Signature |
|---|---|
| Cleared By Arrest | |

r_ar1ibr                              Printed By: WELLSJ, JENNIFER

ARREST REPORT (Additional Narrative)

| Agency Name | ORI | Date/Time Arrested | Case # |
|---|---|---|---|
| St. Lucie County Sheriff's Office | FL0560000 | 12/19/2022 06:19 | 2214249 |

| Arrestee Name | Arrest Number |
|---|---|
| KOREN, CODY JAMES | 213720 |

as Cody James Koren by his Florida Driver`s License. The firearm was not in a holster and was openly sitting on the seat. At this point, D/S Hernandez #236 asked Koren to exit the vehicle for precautionary reasons. When asking Koren if he had any weapons or anything on him that would poke, hurt or stab me before conducting a pat down on him, he stated, "I believe a 22 is in the car but it`s my girlfriends, everything is registered to her". When Koren, opened his driver side door to exit the vehicle, I noticed a strong odor of marijuana coming from the inside of the vehicle. At this point, Koren, was asked to walk back to the front of D/S Zarba`s marked patrol car and was asked by D/S Hernandez if there were any illegal items in the vehicle other than the firearm observed in the back seat. Koren proceeded to say, "There`s some weed".

The gun located in the back seat was readily accessible from where Koren was sitting in the vehicle. The gun was a Smith & Wesson M&P15-22 22 caliber assault rifle style gun. It also had a round in the chamber ready to fire with a fully loaded 25 round magazine inserted to the magazine well.

When asking Koren where the weed was located he proceeded to state "in my bag". D/S Hernandez asked Koren if the weed was located inside his book bag and Koren nodded his head yes, agreeing that it was his book bag.

While searching the vehicle, D/S Hernandez observed a black in color book bag located on the floorboard of the passenger side. The book bag contained two ziplock clear bags with a green leafy substance sticking out of the front pocket in plain view. Upon searching the book bag, one ziplock was labeled "Hawaiian Runtz" and the second ziplock was labeled "GMO cookies". In the middle pocket of the book bag, there were two green leafy substance buds that were individually roaming in the book bag. In the large pocket of the book bag, burnt tin foil was found. Both ziplock bags containing the green leafy substances as well as the individual buds weighed a total of approximately 31.2 grams. The green leafy substances all tested positive for marijuana with my agency issued test kits.

Additionally, a second firearm was located in the large pocket of the book bag. The firearm was a Smith & Wesson 9mm handgun, which contained a fully loaded 16 round magazine with a round in the chamber. The firearm was not inside a holster it was just placed inside the book bag, although there was a holster separately in the book bag. The bag was unzipped with the handgun readily accessible to Koren from the driver seat. Inside the back bag was also a multi colored green mask, multiple sheets of foil with burnt residue on them, and a red torch. A second fully loaded magazine for the handgun was also found in the holster inside the back bag.

At this time, Koren was placed into hand restraints, which were double locked and checked for proper fit. I then escorted, Koren, to my marked patrol car.

I read Koren his Miranda Warnings using my agency issued card in which he stated he did wish to talk to me. Koren was asked what the residue in the sheets of foil was to which he replied that it was "dab wax" (liquid thc). Let it be noted that Koren does not have a Concealed Carry license.

Based off evidence, observations, statements, and totality of the circumstances, I am charging Koren with 790.01 (2) | CARRYING CONCEALED WEAPON-FIREARM, 790.07 (2) | WEAPON OFFENSE-USE DISPLAY

Arrest Report (Additional Narrative)                                                                                      Page 2

ARREST REPORT (Additional Narrative)

| Agency Name | ORI | Date/Time Arrested | Case # |
|---|---|---|---|
| St. Lucie County Sheriff`s Office | FL0560000 | 12/19/2022 06:19 | 2214249 |
| Arrestee Name | | | Arrest Number |
| KOREN, CODY JAMES | | | 213720 |

ETC FIREARM DURING FELONY, 790.053 | CARRYING PROHIBITED WEAPON-CARRYING WEAPON OPENLY, 893.13 (6A) | MARIJUANA-POSSESS-POSSESS MARIJUANA OVER 20 GRAMS, and 893.147 (1) | DRUG EQUIP-POSSESS-AND OR USE.

Koren was transported to St Lucie County Jail without incident.

*Arrest Report (Additional Narrative)*

Page 3

# ARREST REPORT (Additional Charges)

| Agency Name | ORI | Date/Time Arrested | Case # |
|---|---|---|---|
| St. Lucie County Sheriff's Office | FL0560000 | 12/19/2022 06:19 | 2214249 |
| Arrestee Name | | | Arrest Number |
| KOREN, CODY JAMES | | | 213720 |

| Charge | Fel/Misd | Counts | IBR Code | Warrant/Summons # | Statute # | Warr. Date |
|---|---|---|---|---|---|---|
| 4) Weapon Offense-use Display Etc Firearm During Felony | Fel | 1 | 520 | | 790.07 (2) \| FS2628 \| | |
| 5) Carrying Prohibited Weapon-carrying Weapon Openly | Misd | 1 | 520 | | 790.053 \| MS2617 \| | |

# ARREST REPORT

## AGENCY INFO

| Agency Name | ORI | Date/Time Arrested | Case # |
|---|---|---|---|
| St. Lucie County Sheriff's Office | FL0560000 | 07/23/2024 15:18 Tue | 2408575 |

| Taken | Arrest Tract | Residence Tract | Arrest Number |
|---|---|---|---|
| | | | 232197 |

## ARRESTEE INFO

| Name (Last, First, Middle) | D.O.B. | Age | Race | Sex | Place of Birth | Citizenship |
|---|---|---|---|---|---|---|
| PEREZ, DAVID ANTHONY FRANK  J | | 22 | W | M | | US |

| Current Address | Phone | Occupation | Residence Status |
|---|---|---|---|
| [redacted], FL [redacted] | | Student | Resident |

| Employer's Name | Address | Phone |
|---|---|---|
| SOUTHPORT MIDDLE SCHOOL | 2420 SE MORNINGSIDE BLVD | 772-337-5900 |

| Also Known As (Alias Names) | Hgt | Wgt | Hair | Eyes | Skin Tone |
|---|---|---|---|---|---|
| | 5'08 | 130 | Brown | Brown | Olive |

| Scars, Marks, Tattoos | Social Security # | OLN and State | Misc. # and Type |
|---|---|---|---|
| | [redacted] | P620161020990-FL | |

Nearest Relative Name | Address | Phone

## ARREST INFO

| If Armed, Type of Weapon | Type of Arrest | Place of Arrest |
|---|---|---|
| | AFFIDAVIT / PC | SE WALTON RD/S US HIGHWAY 1, PORT ST LUCIE |

| Charge #1 Committed | Type | Counts | IBR Code | Warrant/Summons # | Statute # | Warr. Date |
|---|---|---|---|---|---|---|
| Marijuana-possess-not More Than 20 Grams | Misd | 1 | 35A | | 893.13 (6B) \| MF3696 \| | |

| Charge #2 Committed | Type | Counts | IBR Code | Warrant/Summons # | Statute # | Warr. Date |
|---|---|---|---|---|---|---|
| Carrying Prohibited Weapon-carrying Weapon Openly | Misd | 1 | 520 | | 790.053 \| MS2617 \| | |

Charge #3

## VEH INFO

VYR | Make | Model | Style
Color | Plate #/State/Plate Year | VIN
Vehicle

## CONFINED / BOND

Date/Time Confined | Place Confined | Committing Magistrate
Type Bond | Bond Amount | Trial Date | Time | Court Of | City

Arresting Officer Name/ID #/Bureau
**Rodriguez, Christopher    (PTRL, NS) (2513) POB**

Assisting Officer Name/ID #/Bureau | Released By (Name/Department/ID #) | Date/Time Released

## Status Codes
1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown/Lost

## DRUGS ARREST

| Code | Status | Quantity | Type Measure | Suspected Type | Up to 3 types of activity for each |
|---|---|---|---|---|---|
| | | | | | |

## Other Name

Name | Address | Phone
Name | Address | Phone

## NARRATIVE

On July 23rd, 2024, at approximately 1338 hours, I received a flock hit on a red Honda Accord bearing Florida tag BP24RB for an expired tag.

While parked at the 8500 block of S US Highway 1, I observed a red Honda Accord driving southbound. I pulled out and get behind the vehicle and performed a traffic stop.

** Continued **

## STATUS

Arresting Officer Signature/ID #/Bureau
**Rodriguez, Christopher    (PTRL, NS) (2513) POB**

Case Status
**Cleared By Arrest**

Arrestee Signature

r_ar1ibr

Printed By: WELLSJ, JENNIFER

# ARREST REPORT (Additional Narrative)

| Agency Name | ORI | Date/Time Arrested | Case # |
|---|---|---|---|
| St. Lucie County Sheriff's Office | FL0560000 | 07/23/2024  15:18 | 2408575 |

| Arrestee Name | Arrest Number |
|---|---|
| PEREZ, DAVID ANTHONY FRANK  J | 232197 |

I made contact with the driver, David Perez, and ask him for his license to which he replied that he did not have a valid license. Perez also stated that there was a firearm in the car. When I asked where it was, he pointed down between his feet. I observed an openly carried, fully loaded semi-automatic Springfield Armory handgun bearing serial number GM133400 with an extended magazine sitting on the floorboard of the driver seat between the driver's feet. The firearm was not in a holster.

There was a strong odor of marijuana coming from the car. I asked Perez if there was any marijuana in the car and he stated that it was in the backpack in the back seat. I opened up the backpack to find a baggy filled with marijuana under 20 grams. I also located three previously smoke marijuana cigarettes in the door jam on the driver's side of the car. Two of them were approximately ½ an inch long and the third was approximately 2 ½ inches long. Perez does not possess and medical marijuana card.

I placed Perez under arrest for 893.13 (6B) MARIJUANA-POSSESS-NOT MORE THAN 20 GRAMS and 790.053 CARRYING PROHIBITED WEAPON-CARRYING WEAPON OPENLY.

Perez was placed in handcuffs, which were checked for tightness and double locked. Perez was search for weapons and contraband and was placed in the back of my patrol car.

Perez was transported to the St. Lucie county jail without incident.

This case is cleared by arrest.