## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
Civil Action No. 2:24-cv-14250-JEM

GUN OWNERS OF AMERICA, INC., et al.

    Plaintiffs,

v.

SHERIFF RICHARD R. DEL TORO, in his official capacity as Sheriff of St. Lucie County, et al.,

    Defendants.

_____/

### DECLARATION OF STEPHEN D. STAMBOULIEH

1. My name is Stephen D. Stamboulieh. I am a U.S. citizen and resident of the Commonwealth of Virginia.

2. I make this declaration in support of the parties' Joint Motion to Continue Pretrial and Trial Dates. Unless otherwise stated, I make this declaration based on personal knowledge. If called as a witness, I can testify to the truth of the statements contained therein.

3. I am an attorney in good standing in the State of Mississippi and have been admitted *pro hac vice* in this matter.

4. Plaintiffs filed their Motion for Summary Judgment on June 3, 2025 (ECF #51) and Defendants filed their Motion for Summary Judgment on July 25, 2025. ECF #60.

5. Both Motions are fully briefed and ripe for decision.

6. The parties' pretrial motion deadline is approaching (due on September 19, 2025, *see* ECF #36 at 6) which will require the parties to engage in briefing/motion practice which may ultimately

prove to be unnecessary if the Court were to grant either of the pending motions for summary judgment.

7. Likewise, the parties must file proposed findings of fact and conclusions of law by October 27, 2025, (*id.*) which, like the other pretrial motion practice, may prove to be unnecessary if the Court were to grant either of the pending motions for summary judgment.

8. Additionally, for Calendar Call, which is scheduled for October 30, 2025 (*see* ECF #36), I will be the attorney primarily handling the trial and will be required to make travel arrangements to Miami, Florida in order to attend the Calendar Call. And because a trial date has not been set as as of yet (*see* ECF #36), it is possible I will be required to travel back home after Calendar Call and then back to Miami for the trial, depending on the date of trial.

9. I conferred with counsel for Defendants who stated their agreement with the relief requested in Plaintiffs' Motion.

I declare under penalty of perjury that the foregoing is true and correct.

September 5, 2025  
**Date**                                                                                   **Stephen D. Stamboulieh**