UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case Number: 24-14250-CIV-MARTINEZ

GUN OWNERS OF AMERICA, INC.,
GUN OWNERS FOUNDATION, and
RICHARD HUGHES,

 Plaintiffs,

v.

SHERIFF KEITH PEARSON, in his
official capacity as Sheriff of St. Lucie
County, *et al.*,

 Defendants.
_____/

## ORDER GRANTING JOINT MOTION TO STAY CASE

**THIS CAUSE** came before the Court on the Parties' Joint Motion to Continue Pretrial and Trial Deadlines (the "Motion"), which requests a stay pending this Court's resolution of the Parties' Motions for Summary Judgment, (ECF Nos. 51, 60). (ECF No. 64). This Court has considered the Motion, the record, applicable authorities, and is otherwise fully advised of the premises. Accordingly, after careful consideration, it is **ORDERED AND ADJUDGED** as follows:

 1. The Motion, (ECF No. 64), is **GRANTED**. The deadlines set forth in this Court's Order Setting Civil Trial Date and Pre-Trial Schedule are **STAYED** pending this Court's resolution of the Parties' Motions for Summary Judgment, (ECF Nos. 51, 60), at which time the Court will enter a new Scheduling Order, should it be necessary.

2. The Clerk of Court is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this case for statistical purposes only. This shall not affect the Parties' substantive rights. The Parties' Motions for Summary Judgment, (ECF Nos. 51, 60), shall remain pending.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 9 day of September, 2025.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record