IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Civil Action No. 2:24-cv-14250-JEM

GUN OWNERS OF AMERICA, INC., et al.,

    Plaintiffs,

v.

SHERIFF RICHARD R. DEL TORO, in his official capacity as Sheriff of St. Lucie County, et al.,

    Defendants.

_____

### PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

COME NOW Plaintiffs Gun Owners of America, Inc. ("GOA"), Gun Owners Foundation ("GOF"), and Richard Hughes (collectively "Plaintiffs"), pursuant to Local Rule 7.8, and file this, their Notice of Supplemental Authority, and state as follows:

Today, Florida's First District Court of Appeal released a decision in *McDaniels v. State*, No. 1D2023-0533 ("Op.") (attached), vacating a conviction for openly carrying a firearm. *McDaniels* held that Florida's "open carry ban is incompatible with the Second Amendment's guarantee of the right to bear arms." Op.1.

Here, Defendants claimed that open carry *does not even implicate* the Second Amendment's plain text. ECF #60 at 15-17. But *McDaniels* rejected that proposition, as no one could "credibly contend otherwise." Op.11. Indeed, *McDaniels* held that the historical tradition "did not regard concealed carry and open carry as interchangeable," Op.18, and there is "no Founding-era law that broadly prohibited the open carry of firearms in public." Op.12. In fact, any historical restrictions on *manner* of carry "left intact the ability to bear arms openly." Op.12-13.

1

Moreover, *McDaniels* cited *Bruen* for the "principle of party presentation." Op.12. Here, Plaintiffs explained that Defendants failed to produce *any* actual analogues, instead referencing third-party documents that themselves merely summarize purported historical laws. ECF #61 at 16-17. This was plainly insufficient.

Finally, *McDaniels* rejected may of the same analogues that Defendants have obliquely referenced here. *Cf.* ECF #57 at 16-18, *with* Op.13-15.

Respectfully submitted this 10th day of September 2025,



Attorneys for the Plaintiffs
509 W. Colonial Drive
Orlando, Florida 32804
Tel./Fax: 321.332.6864
Pleadings: pleadings@kplegalteam.com
Email: jphillips@thefirearmfirm.com

By: *James D. Phillips*
**JAMES D. PHILLIPS, JR., ESQUIRE**
Florida Bar No.: 22846

Stephen D. Stamboulieh*
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS 38654
601-852-3440 (T)
stephen@sdslaw.us
Mississippi Bar No. 102784
*Admitted Pro Hac Vice*

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I certify that on September 10, 2025, a copy of the foregoing document or pleading has been electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to: Arthur Ivan Jacobs, Esquire, Counsel for Defendants Bakkedahl and SAO, 961687 Gateway Boulevard, Suite 201-I, Fernandina Beach, FL 32034; buddy@jswflorida.com; Summer M. Barranco, Esquire, Andrew Jolly, Esquire, and Richard A. Giuffreda, Esquire, Counsel for Defendants Sheriff Del Toro and St. Lucie County Sheriff's Office, 2455 E. Sunrise Blvd, Suite 1216, Fort Lauderdale, FL 33304; summer@purdylaw.com, andrew@purdylaw.com, richard@purdylaw.com.

By: *James D. Phillips*
     **JAMES D. PHILLIPS, JR., ESQUIRE**
     Florida Bar No.: 22846