IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Civil Action No. 2:24-cv-14250-JEM

GUN OWNERS OF AMERICA, INC., et al.,

    Plaintiffs,

v.

SHERIFF RICHARD R. DEL TORO, in his official
capacity as Sheriff of St. Lucie County, et al.,

    Defendants.

_____

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

COME NOW Plaintiffs and, pursuant to Local Rule 7.8, file this, their Notice of Supplemental Authority:

On October 24, 2025, the Circuit Court for the Seventeenth Judicial Circuit in Broward County, Florida decided *State v. Walkes*, No. 25003340CF10A ("Op.") (attached), dismissing a charge for the unlawful carrying of a concealed weapon by a 19-year-old. *Walkes* held that "Florida's overbroad restriction on the concealed carry of firearms by [18-to-20-year-olds] violates the Second Amendment." Op.9.

*Walkes* rejected Florida's ban on 18-to-20-year-olds obtaining Concealed Weapon Licenses as "inconsistent with our Nation's historical tradition of firearm regulation...." Op.9. *Cf.* ECF #1 at ¶16 (18-year-old GOA Member cannot obtain license "because he is not 21 yet.").

Additionally, while Defendants ask this Court to rely on "historical analogues from the colonial era up to and including the early 20th century" (ECF #60 at 18), *Walkes* required Florida to "identity *Founding*-era law that broadly prohibited the concealed carry of firearms" by that age group, which Florida failed to do. Op.7 (emphasis added).

1

Finally, *Walkes* cited *Bruen* for the "principle of party presentation." Op.7. Here, Defendants failed to produce *any* actual analogues, instead referencing third-party documents summarizing purported historical laws. ECF #61 at 16-17. That was plainly insufficient.

                                              Respectfully submitted,



Attorneys for the Plaintiffs
509 W. Colonial Drive
Orlando, Florida 32804
Tel./Fax: 321.332.6864
Pleadings: pleadings@kplegalteam.com
Email: jphillips@thefirearmfirm.com


*/s/ James D. Phillips, Jr.*
**JAMES D. PHILLIPS, JR., ESQUIRE**
Florida Bar No.: 22846

Stephen D. Stamboulieh*
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS 38654
601-852-3440 (T)
stephen@sdslaw.us
Mississippi Bar No. 102784
**Admitted Pro Hac Vice*

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I certify that on October 28, 2025, a copy of the foregoing document or pleading has been electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to: Arthur Ivan Jacobs, Esquire, Counsel for Defendants Bakkedahl and SAO, 961687 Gateway Boulevard, Suite 201-I, Fernandina Beach, FL 32034; buddy@jswflorida.com; Summer M. Barranco, Esquire, Andrew Jolly, Esquire, and Richard A. Giuffreda, Esquire, Counsel for Defendants Sheriff Del Toro and St. Lucie County Sheriff's Office, 2455 E. Sunrise Blvd, Suite 1216, Fort Lauderdale, FL 33304; summer@purdylaw.com, andrew@purdylaw.com, richard@purdylaw.com.

/s/ James D. Phillips, Jr.
**JAMES D. PHILLIPS, JR., ESQUIRE**
Florida Bar No.: 22846