IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

GUN OWNERS OF AMERICA, INC., et al.

    Plaintiffs,

v.                                        Case No.: 2:24-cv-14250-JEM

SHERIFF RICHARD R. DEL TORO, in his official
capacity as Sheriff of St. Lucie County, et al.,

    Defendants.
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Douglas A. Wyler hereby enters an appearance on behalf of Defendants, Thomas Bakkedahl, in his official capacity as State Attorney for the Nineteenth Judicial Circuit of Florida and the State Attorney's Office for the Nineteenth Judicial Circuit of Florida, in the above-styled action, and requests that all papers filed in this case be served upon him.

Dated: November 19, 2025                 Respectfully submitted,

                                                      */s/ Douglas A. Wyler*
                                                      _____
                                                      Douglas A. Wyler, Esq.
                                                      Fla. Bar No.:  119979
                                                      Wyler Law Firm
                                                      961687 Gateway Blvd., Suite 101-L
                                                      Fernandina Beach, FL 32034
                                                      Telephone: (904) 261-3690
                                                      E-mail: doug@wylerlawfirm.com

                                                      *Attorney for Defendants State Attorney*
                                                      *Thomas Bakkedahl and the Office of the*
                                                      *State Attorney for the Nineteenth Judicial*
                                                      *Circuit of Florida*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of November, 2025, a copy of the foregoing was electronically filed with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared in this proceeding.

                                                  */s/ Douglas A. Wyler*
                                                  _____
                                                  Douglas A. Wyler, Esq.