**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
Civil Action No. 2:24-cv-14250-JEM

GUN OWNERS OF AMERICA, INC., et al.

      Plaintiffs,

v.

SHERIFF RICHARD R. DEL TORO, in his official
capacity as Sheriff of St. Lucie County, et al.,

      Defendants.

_____/

**<u>NOTICE OF TENTATIVE SETTLEMENT</u>**

      COME NOW the Parties, pursuant to Local Rule 16.4, and file this, their Notice of Tentative Settlement, and state as follows:

      1.    Plaintiffs and Defendants have agreed to settle all claims, including costs and attorneys' fees, in this matter.

      2.    The Parties anticipate filing a Rule 41 Stipulation of Dismissal within thirty (30) days from the date of this Notice.

      Respectfully submitted this 18th Day of November 2025,



**KATZ &**
**PHILLIPS, P.A.**
Attorneys for the Plaintiffs
509 W. Colonial Drive
Orlando, Florida 32804
Tel./Fax: 321.332.6864
Pleadings: pleadings@kplegalteam.com
Email: jphillips@thefirearmfirm.com

By:   *James D. Phillips*

**JAMES D. PHILLIPS, JR., ESQUIRE**
Florida Bar No.: 22846

1

Stephen D. Stamboulieh*
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS 38654
601-852-3440 (T)
stephen@sdslaw.us
Mississippi Bar No. 102784
*Admitted Pro Hac Vice
Attorneys for Plaintiffs


s/Andrew W. Jolly
ANDREW W. JOLLY, ESQUIRE
Fla. Bar No. 1032793
PURDY, JOLLY, GIUFFREDA, BARANCO
& JISA, P.A.
2455 E. Sunrise Boulevard, Suite 1216
Fort Lauderdale, Florida 33304
Telephone:(954) 462-3200
e-mail: Andrew@purdylaw.com
        Cecilia@purdylaw.com
Attorney for *Defendant Sheriff and St. Lucie
County Sheriff's Office*
Trial Counsel


/s/ Douglas A. Wyler
Douglas A. Wyler, Esq.
Fla. Bar No.: 119979
Wyler Law Firm
961687 Gateway Blvd., Suite 101-L
Fernandina Beach, Florida 32034
(904) 261-3690
(904) 261-2866 Fax
doug@wylerlawfirm.com

*Attorney for Defendants State Attorney
Thomas Bakkedahl and the Office of the State
Attorney for the Nineteenth Judicial Circuit of
Florida*

2

## CERTIFICATE OF SERVICE

I certify that on November 18, 2025, a copy of the foregoing document or pleading has been electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to: Douglas A. Wyler, Esquire, Counsel for the Defendants Bakkedahl and SAO, 961687 Gateway Blvd, Suite 101-L, Fernandina Beach, FL 32034; doug@wylerlawfirm.com; Arthur Ivan Jacobs, Esquire, Counsel for Defendants Bakkedahl and SAO, 961687 Gateway Boulevard, Suite 201-I, Fernandina Beach, FL 32034; buddy@jswflorida.com; Summer M. Barranco, Esquire, Andrew Jolly, Esq., and Richard A. Giuffreda, Esquire, Counsel for Defendants Sheriff Del Toro and St. Lucie County Sheriff's Office, 2455 E. Sunrise Blvd, Suite 1216, Fort Lauderdale, FL 33304; summer@purdylaw.com, andrew@purdylaw.com, richard@purdylaw.com.

*James D. Phillips*

**JAMES D. PHILLIPS, JR., ESQUIRE**
Florida Bar No.: 22846