IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Civil Action No. 2:24-cv-14250-JEM

GUN OWNERS OF AMERICA, INC., et al.

    Plaintiffs,

v.

SHERIFF RICHARD R. DEL TORO, in his official
capacity as Sheriff of St. Lucie County, et al.,

    Defendants.

_____/

## STIPULATION OF DISMISSAL

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties have settled this matter and respectfully file this Stipulation of Dismissal, with prejudice. The Defendants have agreed to payment of attorneys' fees and costs in an amount specified in the Settlement Agreement and Release. Additionally, the Parties have agreed as follows:

That the open carry of firearms, whether fully, partially, or momentarily visible, is "covered by" and "presumptively protected" by the plain text of the Second Amendment, as articulated in *N.Y. State Rifle & Pistol Ass'n v. Bruen*, 597 U.S. 1, 17 (2022);

That Florida's open carry ban under § 790.053(1) is incompatible with the Second Amendment, as no historical tradition supports such a restriction, and that, to the contrary, history confirms that the right to bear arms in public necessarily includes the right to do so openly, and that Florida law enforcement agencies must conform their practices to that constitutional standard; and

That Defendants will not enforce, or cause to be enforced, Fla. Stat. § 790.053(1).

A proposed Order of Dismissal is attached.

1

Dated: December 10, 2025.                                  Respectfully submitted,



Attorneys for the Plaintiffs
509 W. Colonial Drive
Orlando, Florida 32804
Tel./Fax: 321.332.6864
Pleadings: pleadings@kplegalteam.com
Email: jphillips@thefirearmfirm.com


*James D. Phillips*

**JAMES D. PHILLIPS, JR., ESQUIRE**
Florida Bar No.: 22846

Stephen D. Stamboulieh*
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS 38654
601-852-3440 (T)
stephen@sdslaw.us
Mississippi Bar No. 102784
*Admitted Pro Hac Vice*
Attorneys for Plaintiffs



*s/Andrew W. Jolly (with permission)*
ANDREW W. JOLLY, ESQUIRE
Fla. Bar No. 1032793
PURDY, JOLLY, GIUFFREDA, BARANCO
& JISA, P.A.
2455 E. Sunrise Boulevard, Suite 1216
Fort Lauderdale, Florida 33304
Telephone:(954) 462-3200
e-mail: Andrew@purdylaw.com
          Cecilia@purdylaw.com
Attorney for *Defendant Sheriff and St. Lucie County Sheriff's Office*
Trial Counsel

3

        ***/s/ Douglas A. Wyler (with permission)***
        Douglas A. Wyler, Esq.
        Fla. Bar No.: 119979
        Wyler Law Firm
        961687 Gateway Blvd., Suite 101-L
        Fernandina Beach, Florida 32034
        (904) 261-3690
        (904) 261-2866 Fax
        doug@wylerlawfirm.com

        *Attorney for Defendants State Attorney*
        *Thomas Bakkedahl and the Office of the State*
        *Attorney for the Nineteenth Judicial Circuit of*
        *Florida*

## CERTIFICATE OF SERVICE

      I certify that on December 10, 2025, a copy of the foregoing document or pleading has been electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to: Douglas A. Wyler, Esquire, Counsel for the Defendants Bakkedahl and SAO, 961687 Gateway Blvd, Suite 101-L, Fernandina Beach, FL 32034; doug@wylerlawfirm.com; Arthur Ivan Jacobs, Esquire, Counsel for Defendants Bakkedahl and SAO, 961687 Gateway Boulevard, Suite 201-I, Fernandina Beach, FL 32034; buddy@jswflorida.com; Summer M. Barranco, Esquire, Andrew Jolly, Esq., and Richard A. Giuffreda, Esquire, Counsel for Defendants Sheriff Del Toro and St. Lucie County Sheriff's Office, 2455 E. Sunrise Blvd, Suite 1216, Fort Lauderdale, FL 33304; summer@purdylaw.com, andrew@purdylaw.com, richard@purdylaw.com.

*James D. Phillips*
**JAMES D. PHILLIPS, JR., ESQUIRE**
Florida Bar No.: 22846